**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Majestic Hills, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-1476321** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3625 Washington Pike**<br>**Bridgeville, PA 15017**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Allegheny**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 – $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Majestic Hills, LLC**                                          Case number (if known)
          Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2020**
               MM / DD / YYYY

X **/s/ Joseph DeNardo**                              **Joseph DeNardo**
Signature of authorized representative of debtor        Printed name

Title   **Manager**

**18. Signature of attorney**

X **/s/ Donald R. Calaiaro**                          Date **May 21, 2020**
Signature of attorney for debtor                          MM / DD / YYYY

**Donald R. Calaiaro**
Printed name

**Calaiaro Valencik**
Firm name

**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
Number, Street, City, State & ZIP Code

Contact phone   **412-232-0930**      Email address

**27538 PA**
Bar number and State

Fill in this information to identify the case:

Debtor name    **Majestic Hills, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2020**         X **/s/ Joseph DeNardo**
_____            _____
                                      Signature of individual signing on behalf of debtor

                                      **Joseph DeNardo**
                                      _____
                                      Printed name

                                      **Manager**
                                      _____
                                      Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | .Majestic Hills, LLC |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alan & Cynthia Marker 2103 Majestic Drive Canonsburg, PA 15317 | | | Contingent Unliquidated Disputed | | | $0.00 |
| ALEXANDER COGHILL 2042 MAJESTIC DR Canonsburg, PA 15317 | | | Contingent Unliquidated Disputed | | | $0.00 |
| Alton Industries 11 Carlton Drive Eighty Four, PA 15330 | Robert Arcovio, Esq. rarcovio@margolis edelstein.com (412) 281-4256 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| Brian & Jessican Sanders 400 Brentwood Drive Canonsburg, PA 15317 | Krista Kochosky Orashan, Esq. kkochosky@lynchl aw-group.com (724) 776-8000 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Christopher & Elizabeth Phillips 1021 Oakwood Drive Canonsburg, PA 15317 | Jeffrey P. Myers, Esq. jeffrey@jpmyersla w.com (724) 778-8800 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Douglas & Suzanne Grimes 2021 Majestic Drive Canonsburg, PA 15317 | Brandon Rothey, Esq. bbr@muslaw.com (412) 456-2544 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |

Debtor  .Majestic Hills, LLC                                    Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jeanne E. Hecht 141 Twilight Drive Canonsburg, PA 15317 | Douglas R. Nolin, Esq.\n\ndnolin@peacockkeller.com\n(724) 222-4520 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Jeffrey & Christine Swarek 1024 Oakwood Drive Canonsburg, PA 15317 | John B. Cromer, Esq.\n\njcromer@bccattorneys.com\n(412) 904-3360 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Mark R. Brashear, P.E. 570 Beatty Road Monroeville, PA 15146 | Henri Marcel, Esq.\n\nhmarcel@dmvlawfirm.com\n(215) 587-9400 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| Morris Knowles & Associates 443 Athena Drive Delmont, PA 15626 | Sam Simon, Esq.\n\nssimon@hh-law.com\n(412) 288-2262 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| Mutual Benefit Insurance Company 409 Penn Street Huntingdon, PA 16652 | Jack Cohn, Esq.\n\njcohn@grsm.com\n(215) 717-4004 | Insurance | Contingent Unliquidated Disputed | | | $0.00 |
| North Strabane Municipal Authority 1929B Route 519 Canonsburg, PA 15317 | Kathleen Gallagher, Esq.\n\nkgallagher@porterwright.com\n(412) 235-1487 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| North Strabane Township 1929 Route 519 Canonsburg, PA 15317 | Kathleen Gallagher, Esq.\n\nkgallagher@porterwright.com\n(412) 235-1487 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| NVR Inc. d/b/a Ryan Homes 11700 Plaza America Drive Suite 500 Reston, VA 20190 | Kathleen Gallagher, Esq.\n\nkgallagher@porterwright.com\n(412) 235-1487 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| PA Dept of Environmental Protection 400 Waterfront Drive Pittsburgh, PA 15222 | | Compliance Order & Remediation | Contingent Unliquidated Disputed | | | $0.00 |

Debtor  .Majestic Hills, LLC _____     Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pennsylvania Soil & Rock 570 Beatty Road Monroeville, PA 15146 | Henri Marcel, Esq. hmarcel@dmvlawfirm.com (215) 587-9400 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| Rajiv & Namrata Bhatt 4006 Brentwood Drive Canonsburg, PA 15317 | John J. Heurich, Jr., Esq. jheurich@lynchlaw-group.com (724) 776-8000 | Homeowner Lawsuit | Contingent Unliquidated Disputed | | | $0.00 |
| Strinsha Excavation, Inc. 109 Veronica Drive Canonsburg, PA 15317 | Paul K. Geer, Esq. pgeer@dgmblaw.com (412) 261-2900 | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| The Gateway Engineers 100 McMorris Road Pittsburgh, PA 15205 | | Breach of Contract | Contingent Unliquidated Disputed | | | $0.00 |
| Westfield Insurance One Park Circle Westfield Center, OH 44251 | | | Contingent Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name      **Majestic Hills, LLC**

United States Bankruptcy Court for the:      WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ _____ 0.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ _____ 0.00

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................. $ _____ 0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................ $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ _____ 0.00

4.  **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b            $ _____ 0.00

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Majestic Hills, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5 | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Majestic Hills, LLC**
_____    Case number *(if known)* _____
Name

☐ Yes Fill in the information below.

**Part 7.**    **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8.**    **Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9.**    **Real property**

54. Does the debtor own or lease any real property?

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10.**    **Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11.**    **All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential Claim (Indemnification) against Alton Industries** | Unknown |

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$1,000,000.00** |

Debtor    **Majestic Hills, LLC**
          Name

Case number *(if known)*

**Potential Claim (Indemnification) against Mark Brashear, PE**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$6,000,000.00** |

**Potential Cause of action (Indemnification) against Morris Knowles & Associates**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$1,000,000.00** |

**Potential Insurance claim against Mutual Benefit Insurance Co**

Unknown

| Nature of claim | **Insuranc claim to pay, defend & hold harmless up to the policy limits** |
|---|---|
| Amount requested | **$1,000,000.00** |

**Potential Claim (Indemnification) against North Stabane Township Municipal Authority**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$1,000,000.00** |

**Potential Claim (Indemnification) against North Strabane Township**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$1,000,000.00** |

**Potential Claim (Indemnification) against NVR, Inc. t/d/b/a Ryan Homes**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$6,000,000.00** |

**Potential Claim (Indemnification) against PA Soil & Rock**

Unknown

| Nature of claim | **Breach of Contract & Contibution** |
|---|---|
| Amount requested | **$6,000,000.00** |

**Potential Cause of action (Indemnification) against Strinsha Excavation, Inc.**

Unknown

| Nature of claim | **Breach of Contract & Contribution** |
|---|---|
| Amount requested | **$1,000,000.00** |

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | Unknown |
|---|---|---|---|
| **Potential cause of action (Indemnification) against The Gateway Engineers** | | | |
| **Nature of claim** | **Breach of Contract & Contibution** | | |
| **Amount requested** | **$6,000,000.00** | | |

| | | | Unknown |
|---|---|---|---|
| **Potential Insurance claim against Westfield Insurance** | | | |
| **Nature of claim** | **Insurance claim to pay, defend and hold harmless up to the policy limits** | | |
| **Amount requested** | **$0.00** | | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** | $0.00

   Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ■ Yes

Debtor    **Majestic Hills, LLC**                                Case number *(if known)*
          Name

| Part 12 | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Fill in this information to identify the case:

Debtor name    **Majestic Hills, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Majestic Hills, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address<br>**Alan & Cynthia Marker**<br>**2103 Majestic Drive**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0200** | As of the petition filing date, the claim is: *Check if that apply*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown**

**3.2** | Nonpriority creditor's name and mailing address<br>**ALEXANDER COGHILL**<br>**2042 MAJESTIC DR**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **5900** | As of the petition filing date, the claim is: *Check if that apply*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown**

**3.3** | Nonpriority creditor's name and mailing address<br>**Alton Industries**<br>**11 Carlton Drive**<br>**Eighty Four, PA 15330**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check if that apply*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No ☑ Yes | **Unknown**

**3.4** | Nonpriority creditor's name and mailing address<br>**ALYCIA A PETRAGLIA**<br>**2009 MAJESTIC DR**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4300** | As of the petition filing date, the claim is: *Check if that apply*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown**

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Andrew & Rebecca DeMase**
2111 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  0600

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**ANN E. McNeilly**
2066 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  4900

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Anthony & Anne DeGerolamo**
2108 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  1100

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Anthony & Meredith Glass**
1025 Forest Lane Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  4500

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**BENJAMIN & CORY HUMINSKY**
4057 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  3400

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Benjamin E. Means**
405 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  1700

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Brad & Mara Bell**
413 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  1300

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**BRADLEY & DEBRA KUHN**
**4054 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.13** | Nonpriority creditor's name and mailing address
**BRADLEY & JAIME BLANKENSHIP**
**4025 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.14** | Nonpriority creditor's name and mailing address
**BRET M & LISA M DAVIS**
**2016 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **6900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.15** | Nonpriority creditor's name and mailing address
**Bret P. & Lindsey N. McCarthy**
**2059 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.16** | Nonpriority creditor's name and mailing address
**Brian & Jessica Sanders**
**4004 Brentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.17** | Nonpriority creditor's name and mailing address
**Brian & Lacey Mucha**
**502 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2900**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

**3.18** | Nonpriority creditor's name and mailing address
**Brian & Lavona Maden**
**4055 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

Unknown

---

Debtor    **Majestic Hills, LLC**                                                    Case number (if known)
_____Name_____

| | |
|---|---|
| **3.19** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| BRIAN & MELISSA LAWRENCE | ■ Contingent |
| 2058 MAJESTIC DR | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **5200** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.20** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| Brian A. & Jamie L. Rosales | ■ Contingent |
| 103 Majestic Drive | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **4200** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.21** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| Brian D. & Heidi L. Garner | ■ Contingent |
| 2078 Majestic Drive | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **0700** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.22** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| BRIAN E & KIMBERLY A EATER | ■ Contingent |
| 2050 MAJESTIC DR | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **5500** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.23** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| Brian F. & Nicole L. Jones | ■ Contingent |
| 115 Majestic Drive | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **2200** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.24** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| BRIAN J & MARY ANNE FASSINGER | ■ Contingent |
| 2024 MAJESTIC DR | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **6500** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **3.25** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| Brian M. & Amy L. Fixx | ■ Contingent |
| 120 Majestic Drive | ■ Unliquidated |
| Canonsburg, PA 15317 | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number  **1100** | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | BRIAN P & JESSICA J SWEENEY | ☑ Contingent | |
| | 4014 Bentwood Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1900** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | Bruce E. & Gina M. Barron | ☑ Contingent | |
| | 110 Majestic Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0600** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | Bruscemi Irrevocable Grantor Trust | ☑ Contingent | |
| | c/o Sherri L. Woomer, Trustee | ☑ Unliquidated | |
| | 4020 Bentwood Drive | ☑ Disputed | |
| | Canonsburg, PA 15317 | | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1600** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | Bryan & Heather Stitt | ☑ Contingent | |
| | 4068 Bentwood Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **4200** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | CAPRICE F JOHNSON | ☑ Contingent | |
| | 4027 Bentwood Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1200** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | Catherine A. Perry | ☑ Contingent | |
| | 2045 Majestic Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2000** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
| | Charles E. & Claudia Eckenrode | ☑ Contingent | |
| | 106 Majestic Drive | ☑ Unliquidated | |
| | Canonsburg, PA 15317 | ☑ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0400** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33**   Nonpriority creditor's name and mailing address

**CHARLES F & KELLEY KAEZYK III**
**2087 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.34**   Nonpriority creditor's name and mailing address

**CHARLES W & CELIA A SHAFFER**
**2046 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **5700**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.35**   Nonpriority creditor's name and mailing address

**CHRISTINE L OLSAVSKY**
**2056 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **5300**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.36**   Nonpriority creditor's name and mailing address

**Christopher & Deborah Davis**
**417 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.37**   Nonpriority creditor's name and mailing address

**Christopher & Elizabeth Phillips**
**1021 Oakwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3600**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.38**   Nonpriority creditor's name and mailing address

**Christopher & Magdelyn Wardzala**
**124 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.39**   Nonpriority creditor's name and mailing address

**CHRISTOPHER L PATNESKY**
**4007 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor   **Majestic Hills, LLC**                                      Case number (if known) _____
         Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**3.40** Nonpriority creditor's name and mailing address

**Clement & Julie Gigliotti**
**2089 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3100**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.41** Nonpriority creditor's name and mailing address

**Corey & Lauren Mytrysak**
**406 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0100**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.42** Nonpriority creditor's name and mailing address

**Cornelia Reynolds**
**2017 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **4000**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.43** Nonpriority creditor's name and mailing address

**Daniel & Nicola Hipkins**
**4003 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0200**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44** Nonpriority creditor's name and mailing address

**Daniel E. Carlsen**
**4046 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2800**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.45** Nonpriority creditor's name and mailing address

**Daniel P. & Gail A. Barle**
**101 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **4300**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.46** Nonpriority creditor's name and mailing address

**Daniel P. & Susan M. Lovett**
**109 Majestic Hills Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3900**

As of the petition filing date, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Daniel R. & Marlena K. Hajdu
122 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1200**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DAVID & BARBARA McHUGH
2020 MAJESTIC DR
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6700**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

David & Kendra Stronach
2107 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0400**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

David & Mary Phillips
2112 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1300**

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ■ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DAVID B & CYNTHIA A AUSEFSKI
4044 Bentwood Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2700**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

DAVID E & KATHLEEN E SPALLA
2083 MAJESTIC DR
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2800**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

David R. & Bethany C. Licht
121 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1900**

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address
Dean & Julie Lasalvia
2063 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.55** | Nonpriority creditor's name and mailing address
Deliman Family Revocable Living Trust
c/o Bernard & Olga Deliman Trustees
2031 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2700**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.56** | Nonpriority creditor's name and mailing address
DENNIS J & BARBARA M WHITE
4024 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.57** | Nonpriority creditor's name and mailing address
DEREK W & JILL M DENNICK
4012 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.58** | Nonpriority creditor's name and mailing address
Donald & Jennifer Le
506 Orchard View Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **3100**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.59** | Nonpriority creditor's name and mailing address
DONALD R & BARBARA L HALULKO
2032 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **6300**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address
Douglas & April Hincy
2101 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **0100**

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Debtor    **Majestic Hills, LLC**                                    Case number (if known) _____
          Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | Douglas & Suzanne Grimes | ☐ Contingent | |
| | 2021 Majestic Drive | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **3800** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | DWAYNE L & TERESA M ADAMS | ☐ Contingent | |
| | 2093 MAJESTIC DR | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **3200** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | Eddie & Shelli Luther | ■ Contingent | |
| | 411 Imperial Drive | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1400** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | EDWARD J & LINDA T KELLY | ■ Contingent | |
| | 4059 Bentwood Drive | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **3500** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | Eric & Lisa Marie Brinson | ■ Contingent | |
| | 1010 Forest Lane Drive | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **0100** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | Eric E. Dietz | ■ Contingent | |
| | 2043 Majestic Drive | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2100** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|
| | ERIC P & SHANNON S ROSING | ■ Contingent | |
| | 2062 MAJESTIC DR | ☐ Unliquidated | |
| | Canonsburg, PA 15317 | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **5100** | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Majestic Hills, LLC**                                          Case number (if known) _____
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**3.68** Nonpriority creditor's name and mailing address
**Fletcher Loder & Lori Gill**
**409 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1500**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69** Nonpriority creditor's name and mailing address
**Frank K. Thomas**
**105 Majestic Hills Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **4100**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70** Nonpriority creditor's name and mailing address
**Fred A. & Dana L. Scott**
**2051 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1700**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71** Nonpriority creditor's name and mailing address
**Garrett T. & Jenny A. Andrae**
**2025 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3500**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72** Nonpriority creditor's name and mailing address
**GARY L & CHERI LYNN SMITH**
**4041 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1600**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.73** Nonpriority creditor's name and mailing address
**George & Donna Dlugos**
**501 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3400**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74** Nonpriority creditor's name and mailing address
**Gianna & Michael Ulam**
**2047 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1900**

As of the petition filing date, the claim is: *Check all that apply*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Majestic Hills, LLC**                                         Case number (if known)
         Name

| | | |
|---|---|---|
| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.75** Nonpriority creditor's name and mailing address

**GREG & BRENDA HRUTKAY**
**2000 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

Unknown

---

**3.76** Nonpriority creditor's name and mailing address

**Greg & Emily Nardine**
**4032 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.77** Nonpriority creditor's name and mailing address

**GREGORY & LINDSAY STEIN**
**4056 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.78** Nonpriority creditor's name and mailing address

**HARRY C & LISA S BARBER**
**2077 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **8300**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.79** Nonpriority creditor's name and mailing address

**Heath W. & Jessica A. Auman**
**2055 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.80** Nonpriority creditor's name and mailing address

**Heather Stoernell**
**504 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.81** Nonpriority creditor's name and mailing address

**Henry & Linda E. Vogt**
**113 Majestic Hills Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3700**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|--------|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address
Hobart & Kimberly Moore Sr.
4035 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number  1700

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.83** | Nonpriority creditor's name and mailing address
HPA BORROWER 2018-ML LLC
180 N Stetson
Suite 3650
Chicago, IL 60601

Date(s) debt was incurred __

Last 4 digits of account number  5000

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  2064 MAJESTIC DR CANONSBURG, PA 15317

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.84** | Nonpriority creditor's name and mailing address
HPA BORROWER 2019-2 LLC
120 S Riverside Plaza
Suite 2000
Chicago, IL 60606

Date(s) debt was incurred __

Last 4 digits of account number  2200

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  4008 Bentwood Drive
Canonsburg, PA 15317

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.85** | Nonpriority creditor's name and mailing address
J Brian & Regan L Haggerty
102 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number  0200

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.86** | Nonpriority creditor's name and mailing address
J K Simmons
2038 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number  6100

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.87** | Nonpriority creditor's name and mailing address
James & Jessica Jesensky
2084 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number  4300

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.88** | Nonpriority creditor's name and mailing address
James & Kathryn Weber
1029 Forest Lane Road
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number  4700

As of the petition filing date, the claim is: Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

James & Melissa Pierce
4045 Bentwood Drive
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

JAMES A & NORA I THOMAS
2013 MAJESTIC DR
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4200**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

JAMES J & RUTH ANN FOX
2008 MAJESTIC DR
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7300**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason & Hilary Good
421 Imperial Drive
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0900**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason & Kathleen Serone
4028 Bentwood Drive
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason & Rachel Nash
4036 Bentwood Drive
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2300**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Jason D. & Maria E. Witt
2049 Majestic Drive
Canonsburg, PA 15317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

Debtor    **Majestic Hills, LLC**                                      Case number (if known) _____
_____
Name

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.96** Nonpriority creditor's name and mailing address

**Jeanne E. Hecht**
**141 Twilight Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3900**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97** Nonpriority creditor's name and mailing address

**Jeffrey & Candace Greer**
**4070 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **4100**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98** Nonpriority creditor's name and mailing address

**Jeffrey & Christine Swarek**
**1024 Oakwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3700**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.99** Nonpriority creditor's name and mailing address

**JEFFREY & GLENNA SCANLON**
**4001 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0100**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100** Nonpriority creditor's name and mailing address

**JEFFREY & SUZANNE WYBRANOWSKI**
**2095 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3300**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101** Nonpriority creditor's name and mailing address

**JND Properties, LLC**
**3625 Washington Pike**
**Bridgeville, PA 15107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.102** Nonpriority creditor's name and mailing address

**Joel D. Compeggie**
**2067 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0900**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Majestic Hills, LLC**   Case number (if known) _____
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check if that apply | Unknown |
|---|---|---|---|

**3.103**
Nonpriority creditor's name and mailing address
Joel M Hudson III
2090 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **4100**

As of the petition filing date, the claim is: *Check if that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☑ Yes

Unknown

---

**3.104**
Nonpriority creditor's name and mailing address
John & Juliana M. Buswell
129 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **1500**

As of the petition filing date, the claim is: *Check if that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.105**
Nonpriority creditor's name and mailing address
John & Kimberly Peroni
2028 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **6400**

As of the petition filing date, the claim is: *Check if that apply*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☐ No  ☑ Yes

Unknown

---

**3.106**
Nonpriority creditor's name and mailing address
JOHN A & FRANCES M UHRIN
4034 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2200**

As of the petition filing date, the claim is: *Check if that apply*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.107**
Nonpriority creditor's name and mailing address
JOHN H & PHYLLIS M SAMS
2048 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **5600**

As of the petition filing date, the claim is: *Check if that apply*
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.108**
Nonpriority creditor's name and mailing address
JOHN M & PATRICIA F STANEK
4016 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

As of the petition filing date, the claim is: *Check if that apply*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

**3.109**
Nonpriority creditor's name and mailing address
JOHN N & SANDRA J BUTTON
2004 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **7500**

As of the petition filing date, the claim is: *Check if that apply*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | JONATHAN B & ANGELA L ROMANOFF<br>4013 BENTWOOD DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  0500 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | JONATHAN R & NICOLE GASBARRINI<br>4019 BENTWOOD DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  0800 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | Jonathon & Claudia Sarles<br>2106 Majestic Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  1000 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | Jonathon & Shannon Cuniak<br>2104 Majestic Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  0900 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | Joni Mansmann<br>4067 Bentwood Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  3900 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | Joseph & Cathleen Bozovich<br>4021 BENTWOOD DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  0900 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|
| | Joseph & Joan Jandrasits<br>1012 Forest Lane Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number  0200 | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Majestic Hills, LLC**
_____   Case number (if known) _____
Name

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph & Joyce DeBartolo**
**2036 Majestic Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **6200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph & Molly Kurnal**
**407 Imperail Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **1600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph & Patricia Rice**
**4065 Bentwood Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph D. & Sarah H. Morgan**
**2041 Majestic Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph M. Henderson**
**4048 Bentwood Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph N. & Shari DeNardo**
**851 Shafer Run Road**
**Somerset, PA 15501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua D Colin**
**420 Imperial Drive**
**Canonsburg, PA 15317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0700**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | JUSTIN & ELIZABETH BLASHOCK<br>2006 MAJESTIC DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  7400 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | JUSTIN A & SARA ZEBRAK<br>2099 MAJESTIC DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  3500 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Katherine Marie Joesbury<br>118 Majestic Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  1000 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Keith & Diana Cornelius<br>2094 Majestic Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  3900 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | KEITH J & COURTNEY A KARTMAN<br>4023 BENTWOOD DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  1000 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Kenneth & Lorna Kestner Jr<br>4062 Bentwood Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  4500 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | KENNETH R & JULIE PATTERSON<br>4018 Bentwood Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  1700 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Majestic Hills, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

**3.131** | Nonpriority creditor's name and mailing address
KENNETH R & MICHELE J CUMMINGS
2014 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **7000**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.132** | Nonpriority creditor's name and mailing address
Kevin & Shante Seifert
419 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **1000**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.133** | Nonpriority creditor's name and mailing address
Kevin L McConnell
2010 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **7200**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.134** | Nonpriority creditor's name and mailing address
KEVIN P & MELISSA A BROGAN
4040 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **2500**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.135** | Nonpriority creditor's name and mailing address
KEVIN T & THERESA L DOWD
4010 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **2100**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.136** | Nonpriority creditor's name and mailing address
Laura Marie & Bryan Bennett
107 Majestic Hills Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **4000**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.137** | Nonpriority creditor's name and mailing address
Leonard & Brea Robinson
422 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number **0800**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

Debtor    **Majestic Hills, LLC**                                          Case number (if known)
_____Name_____

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Leonard & Sylvia Ghilani<br>505 Orchard View Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  3200 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Lisa M Sontheimer<br>503 Orchard View Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  3300 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | LUKE W & CARLY E MECHTLY<br>2068 MAJESTIC DR<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  4800 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Majestic Hills Homeowners Association<br>c/o RJ Management<br>20475 Route 19 #4<br>Cranberry Twp, PA 16066 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  5000 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Majestic Hills, LLC<br>441 McMurray Road<br>Bethel Park, PA 15102 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  5200 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | Marc D. Ingram<br>2035 Majestic Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  2500 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|
| | MARCUS & REBECCA G MACINO<br>4002 Bentwood Drive<br>Canonsburg, PA 15317 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number  2500 | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No □ Yes | |

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Mark & Karen Luginski
1027 Forest Lane Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **4600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Mark R. Brashear, P.E.
570 Beatty Road
Monroeville, PA 15146

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Matthew & Amy Carbonara
2098 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **3700**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Matthew & Kali Mullen
4026 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **1400**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Matthew & Kathleen Turner
410 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **0200**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

Matthew & Megan Seibel
412 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **0300**

☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | **Unknown**

MATTHEW J & LISA M SHEEHAN
4061 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number  **3600**

☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Matthew John & Jaime Graham
2069 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Matthew W. & Jennifer L. Cable
112 Majestic Drive
Canonsburg, PA 15317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Michael & Christen Bosh
2100 Majestic Drive
Canonsburg, PA 15317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3600**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Michael & Kimberly Saghy
1023 Forest Lane Drive
Canonsburg, PA 15317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4400**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Michael & Kristen Yerman
2110 Majestic Drive
Canonsburg, PA 15317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1200**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Michael & Lori Lautar
2044 MAJESTIC DR
Canonsburg, PA 15317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5800**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

Michael & Mary Damas
4047 Bentwood Drive
Canonsburg, PA 15317

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1400**

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **Majestic Hills, LLC**
_____   Case number (if known) _____
Name

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check if that apply | Unknown |
|---|---|---|---|

**3.159** Nonpriority creditor's name and mailing address
**Michael & Stephanie Brookie**
**416 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160** Nonpriority creditor's name and mailing address
**Michael & Stephanie Cunningham**
**4031 BEntwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number  **1800**

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161** Nonpriority creditor's name and mailing address
**Michael J. & Judith M. Kondas**
**104 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number  **0300**

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162** Nonpriority creditor's name and mailing address
**Michael Schnupp**
**2052 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number  **5400**

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.163** Nonpriority creditor's name and mailing address
**Morris Knowles & Associates**
**443 Athena Drive**
**Delmont, PA 15626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.164** Nonpriority creditor's name and mailing address
**Mutual Benefit Insurance Company**
**409 Penn Street**
**Huntingdon, PA 16652**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

Unknown

---

**3.165** Nonpriority creditor's name and mailing address
**Nathan & Kristy Kaufman**
**418 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred __

Last 4 digits of account number  **0600**

As of the petition filing date, the claim is: *Check if that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.166** | Nonpriority creditor's name and mailing address
**Nathan S. Hunkler**
**2015 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4100**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167** | Nonpriority creditor's name and mailing address
**Neil & Randi Mager**
**414 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168** | Nonpriority creditor's name and mailing address
**Nelson & Angela Downey**
**2102 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169** | Nonpriority creditor's name and mailing address
**Nicholas & Brittney Mendiola**
**2092 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170** | Nonpriority creditor's name and mailing address
**Nicholas & Lauren D'Alesandro**
**4058 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4700**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171** | Nonpriority creditor's name and mailing address
**NICHOLAS R & HEATHER SHERMAN**
**2073 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **8200**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172** | Nonpriority creditor's name and mailing address
**NICOLE A NEIGHBORS**
**4005 BENTWOOD DRIVE**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0300**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Majestic Hills, LLC**                                                         Case number (if known) _____
_____
Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**3.173** Nonpriority creditor's name and mailing address
Nicole M. Zidek
2113 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address
NOEL I & KAREN R McMULLEN
2097 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **3400**

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address
North Strabane Municipal Authority
1929B Route 519
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☑ Yes

---

**3.176** Nonpriority creditor's name and mailing address
North Strabane Township
1929 Route 519
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☑ Yes

---

**3.177** Nonpriority creditor's name and mailing address
NVR Inc. d/b/a Ryan Homes
11700 Plaza America Drive
Suite 500
Reston, VA 20190

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☑ Yes

---

**3.178** Nonpriority creditor's name and mailing address
PA Dept of Environmental Protection
Southwest Regional Office
400 Waterfront Drive
Pittsburgh, PA 15222

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address
Paco & Jennifer Carioli
2096 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **3800**

As of the petition filing date, the claim is: Check all that apply        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor    **Majestic Hills, LLC**                                      Case number (if known)
           Name

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Park Ridge, LLC**
411 McMurray Road, Suite 200
Bethel Park, PA 15102-1165

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Patrick & Karen Goode**
2079 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number **8400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Paul J. & Stephanie A. Barzd**
116 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number **0900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Penelope Ann Philips**
126 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number **1400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Pennsylvania Soil & Rock**
570 Beatty Road
Monroeville, PA 15146

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☑ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Rajiv & Namrata Bhatt**
4006 Brentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number **2300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |

**Ramiro J. & Carrie A. Colmenares**
127 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _
Last 4 digits of account number **1600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Majestic Hills, LLC**                                    Case number (if known) _____
          Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Raymond & Krista Wilhelm**
4050 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **3000**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**RAymond & Peggy Dusky Jr.**
500 Orchard View Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2800**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Raymond H. & Kathy J. Grove**
2037 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Ricardo Chambers**
2061 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **1200**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**Richard & Aimee Eismont II**
4038 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**ROBERT C & KRISTEN M DYER**
2070 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **4700**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**ROBERT E & SARAH J PFENDLER**
2018 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number  **6800**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Majestic Hills, LLC**                                                Case number (if known) _____
_____
Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**3.194** Nonpriority creditor's name and mailing address
Robert N. & Danielle Ruffolo
2053 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **1600**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195** Nonpriority creditor's name and mailing address
Robert O. Saporito
2033 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **2600**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196** Nonpriority creditor's name and mailing address
Rodney P. Hughes
125 Majestic Hills
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **1700**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197** Nonpriority creditor's name and mailing address
Ronald & Christine Obringer
403 Imperial Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **1800**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198** Nonpriority creditor's name and mailing address
RONALD J & LYNN W SZYMANSKI
2012 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **7100**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199** Nonpriority creditor's name and mailing address
Russell & Natalie Baker
4063 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **3700**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200** Nonpriority creditor's name and mailing address
Ryan K Butya
4064 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred _

Last 4 digits of account number **4400**

As of the petition filing date, the claim is: *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address
**RYAN S & AMY C FARMER**
**2085 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2900**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.202** | Nonpriority creditor's name and mailing address
**Samuel D. & Kari A. Campoli**
**2057 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1400**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.203** | Nonpriority creditor's name and mailing address
**Scott & Alanna Popovich**
**4052 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.204** | Nonpriority creditor's name and mailing address
**Scott & Amy Slayton**
**2109 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.205** | Nonpriority creditor's name and mailing address
**Scott & Jessica Bauer**
**2105 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0300**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.206** | Nonpriority creditor's name and mailing address
**Scott N. & Debra S. Crawford**
**114 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.207** | Nonpriority creditor's name and mailing address
**SHANE R & KIARA D NAPPENBACH**
**4029 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1900**

As of the petition filing date, the claim is: *Check all that apply*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

Debtor  **Majestic Hills, LLC**                                                          Case number (if known) _____
Name

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | Unknown |
|---|---|---|---|

**3.208**
Nonpriority creditor's name and mailing address
**Shaun Rohland & Ashley Mlakar**
**2088 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4200**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.209**
Nonpriority creditor's name and mailing address
**Shawn William & Sara Schake**
**108 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.210**
Nonpriority creditor's name and mailing address
**Stacey C. Anderson**
**2074 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.211**
Nonpriority creditor's name and mailing address
**STACY J & SHELLEY D CARBAUGH**
**2081 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2700**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.212**
Nonpriority creditor's name and mailing address
**Steve & Lauren Thompson**
**4060 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4600**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213**
Nonpriority creditor's name and mailing address
**Strinsha Excavation, Inc.**
**109 Veronica Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.214**
Nonpriority creditor's name and mailing address
**Tara M. George**
**2065 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: Check all that apply    **Unknown**
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215** Nonpriority creditor's name and mailing address

**The Gateway Engineers**
**100 McMorris Road**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.216** Nonpriority creditor's name and mailing address

**THERESA R FELDBAUER**
**4042 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2600**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.217** Nonpriority creditor's name and mailing address

**Thomas & Elaine Frunzi**
**2022 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **6600**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.218** Nonpriority creditor's name and mailing address

**Thomas M. & Debbie L. Tolomeo**
**123 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1800**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.219** Nonpriority creditor's name and mailing address

**Timothy & Carrie Kane**
**415 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1200**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.220** Nonpriority creditor's name and mailing address

**TIMOTHY D PREX**
**4017 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0700**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

**3.221** Nonpriority creditor's name and mailing address

**TIMOTHY J & JOYCE B VOLLMER**
**2040 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **6000**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.222** | Nonpriority creditor's name and mailing address
**Tina M. Novic**
**2002 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **7600**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.223** | Nonpriority creditor's name and mailing address
**Todd & Jennifer Kay Dunn**
**2039 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.224** | Nonpriority creditor's name and mailing address
**Todd & Tiffany Ray**
**4066 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **4300**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.225** | Nonpriority creditor's name and mailing address
**Todd Saxon**
**111 Majestic Hills Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3700**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.226** | Nonpriority creditor's name and mailing address
**Troy Grunseth & Heather Kovalik**
**4030 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.227** | Nonpriority creditor's name and mailing address
**VENKATARMAN & SOBHANA**
**JAGANNATHAN**
**2076 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0600**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.228** | Nonpriority creditor's name and mailing address
**Westfield Insurance**
**One Park Circle**
**Westfield Center, OH 44251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

Unknown

---

Debtor   **Majestic Hills, LLC**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply |

**3.229** Nonpriority creditor's name and mailing address
**William & Megan White**
**4069 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _____

Last 4 digits of account number  **4000**

As of the petition filing date, the claim is: Check all that apply          **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.230** Nonpriority creditor's name and mailing address
**WILLIAM G & ROSE M FIDLER**
**2003 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _____

Last 4 digits of account number  **4400**

As of the petition filing date, the claim is: Check all that apply          **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.231** Nonpriority creditor's name and mailing address
**WILLIAM W & AMY E MINOR**
**4015 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _____

Last 4 digits of account number  **0600**

As of the petition filing date, the claim is: Check all that apply          **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Benjamin J. Steinberg, Esq.<br>Meyers Law Group, LLC<br>17025 Perry Highway<br>Warrendale, PA 15086 | Line **3.37**<br>☐ Not listed. Explain | _ |
| 4.2 | Brandon B. Rothey, Esq.<br>Meyer, Unkovic & Scott LLP<br>Henry W. Oliver Building<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222 | Line **3.61**<br>☐ Not listed. Explain | _ |
| 4.3 | Carolyn Batz McGee, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.177**<br>☐ Not listed. Explain | _ |
| 4.4 | Catherine S. Loeffler, Esq.<br>Houston Harbaugh, PC<br>401 Liberty Avenue<br>Three Gateway Center, 22nd Floor<br>Pittsburgh, PA 15222 | Line **3.163**<br>☐ Not listed. Explain | _ |
| 4.5 | Christine D. Steere, Esq.<br>Deasy, Mahoney & Valentini, Ltd.<br>103 Chesley Drive, Suite 100<br>Media, PA 19063 | Line **3.184**<br>☐ Not listed. Explain | _ |

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.6 | David I. Kelch, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.177**<br>☐ Not listed. Explain ___ | — |
| 4.7 | Dennis Chow, Esq.<br>Fowler Hirtzel McNulty & Spaulding, LLP<br>2000 Market Street<br>Suite 550<br>Philadelphia, PA 19103 | Line **3.228**<br>☐ Not listed. Explain ___ | — |
| 4.8 | Devin A. Winklosky, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.176**<br>☐ Not listed. Explain ___ | — |
| 4.9 | Devin A. Winklosky, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.177**<br>☐ Not listed. Explain ___ | — |
| 4.10 | Douglas Nolin, Esq.<br>Peacock Keller<br>70 W. Beau Street<br>Washington, PA 15301 | Line **3.96**<br>☐ Not listed. Explain ___ | — |
| 4.11 | Frank Kosir, Jr., Esq.<br>Meyer, Unkovic & Scott LLP<br>Henry W. Oliver Building<br>535 Smithfield Street, Suite 1300<br>Pittsburgh, PA 15222-2315 | Line **3.61**<br>☐ Not listed. Explain ___ | — |
| 4.12 | Gary L. Sweat, Esq.<br>Sweat Law Office<br>375 Valley Brook Road, Suite 112<br>Canonsburg, PA 15317 | Line **3.176**<br>☐ Not listed. Explain ___ | — |
| 4.13 | Hannah Shaffer, Esq.<br>Gaiten, Tucceri & Nicholas, PC<br>519 Court Place<br>Pittsburgh, PA 15219 | Line **3.175**<br>☐ Not listed. Explain ___ | — |
| 4.14 | Henri Marcel, Esq.<br>Deasy, Mahoney & Valentini, Ltd.<br>1601 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Line **3.146**<br>☐ Not listed. Explain ___ | — |
| 4.15 | Henri Marcel, Esq.<br>Deasy, Mahoney & Valentini, Ltd.<br>1601 Market Street, Suite 3400<br>Philadelphia, PA 19102 | Line **3.184**<br>☐ Not listed. Explain ___ | — |
| 4.16 | Jacob Cohn, Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>Three Logan Square<br>1717 Arch Street<br>Philadelphia, PA 19103 | Line **3.164**<br>☐ Not listed. Explain ___ | — |
| 4.17 | James D. Curphey, Esq.<br>Porter Wright Morris & Arthur LLP<br>41 South High Street, Suite 2900<br>Columbus, OH 43215 | Line **3.177**<br>☐ Not listed. Explain ___ | — |

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.18   **Jason H. Peck, Esq.** <br> **DiBella, Geer, McAllister & Best** <br> **20 Stanwix Street, 11th Floor** <br> **Pittsburgh, PA 15222** | Line **3.213** <br> ☐ Not listed. Explain ____ | — |
| 4.19   **Jay A. Yurkiw, Esq.** <br> **Porter Wright Morris & Arthur LLP** <br> **41 South High Street, Suite 2900** <br> **Columbus, OH 43215** | Line **3.177** <br> ☐ Not listed. Explain ____ | — |
| 4.20   **Jeffrey P. Meyers, Esquire** <br> **Myers Law Group, LLC** <br> **17025 Perry Highway** <br> **Warrendale, PA 15086** | Line **3.37** <br> ☐ Not listed. Explain ____ | — |
| 4.21   **John B. Cromer, Esq.** <br> **Burke Cromer Cremonese, LLC** <br> **517 Court Place** <br> **Pittsburgh, PA 15219** | Line **3.98** <br> ☐ Not listed. Explain ____ | — |
| 4.22   **John C. Brustowicz, Esq** <br> **Brustowicz & Marotta** <br> **4160 Washington Road, Suite 208** <br> **Canonsburg, PA 15317** | Line **3.213** <br> ☐ Not listed. Explain ____ | — |
| 4.23   **John J. Heurich, Jr., Esq.** <br> **501 Smith Drive, Suite 3** <br> **Cranberry Twp, PA 16066** | Line **3.185** <br> ☐ Not listed. Explain ____ | — |
| 4.24   **John J. Heurich, Jr., Esq.** <br> **501 Smith Drive, Suite 3** <br> **Cranberry Twp, PA 16066** | Line **3.16** <br> ☐ Not listed. Explain ____ | — |
| 4.25   **John P. Morgenstern, Esq.** <br> **Deasy, Mahoney & Valentini, Ltd.** <br> **1601 Market Street,** <br> **Philadelphia, PA 19103** | Line **3.184** <br> ☐ Not listed. Explain ____ | — |
| 4.26   **Karin M. Romano** <br> **Thomas, Thomas & Hafer** <br> **525 William Penn Place** <br> **Suite 3750, 37th Floor** <br> **Pittsburgh, PA 15219** | Line **3.101** <br> ☐ Not listed. Explain ____ | — |
| 4.27   **Kathleen Gallagher, Esq.** <br> **Porter Wright Morris & Arthur, LLP** <br> **6 PPG Place, Third Floor** <br> **Pittsburgh, PA 15222** | Line **3.176** <br> ☐ Not listed. Explain ____ | — |
| 4.28   **Kathleen Gallagher, Esq.** <br> **Porter Wright Morris & Arthur, LLP** <br> **6 PPG Place, Third Floor** <br> **Pittsburgh, PA 15222** | Line **3.177** <br> ☐ Not listed. Explain ____ | — |
| 4.29   **Krista M. Kochosky, Esq.** <br> **501 Smith Drive, Suite 3** <br> **Cranberry Twp, PA 16066** | Line **3.185** <br> ☐ Not listed. Explain ____ | — |

| Debtor | **Majestic Hills, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.30 | Krista M. Kochosky, Esq.<br>501 Smith Drive, Suite 3<br>Cranberry Township, PA 16006 | Line **3.16**<br>☐ Not listed. Explain ___ | — |
| 4.31 | Marjorie A. Marotta, Esq<br>Brustowicz & Marotta<br>4160 Washington Road, Suite 208<br>Canonsburg, PA 15317 | Line **3.213**<br>☐ Not listed. Explain ___ | — |
| 4.32 | Matthew Gill, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.176**<br>☐ Not listed. Explain ___ | — |
| 4.33 | Matthew Gill, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line **3.177**<br>☐ Not listed. Explain ___ | — |
| 4.34 | Melvin Vatz, Esq.<br>247 Fort Pitt Blvd<br>4th Floor<br>Pittsburgh, PA 15222 | Line **3.122**<br>☐ Not listed. Explain ___ | — |
| 4.35 | Melvin Vatz, Esq.<br>247 Fort Pitt Blvd<br>4th Floor<br>Pittsburgh, PA 15222 | Line **3.101**<br>☐ Not listed. Explain ___ | — |
| 4.36 | Michael C. Cruny, Esq.<br>Sweat Law Office<br>375 Valley Brook Road, Suite 112<br>Canonsburg, PA 15317 | Line **3.176**<br>☐ Not listed. Explain ___ | — |
| 4.37 | Michael C. Heyden, Jr., Esq.<br>Gordon Rees Scully Mansukhani, LLP<br>Three Logan Square<br>171 Arch Street<br>Philadelphia, PA 19103 | Line **3.164**<br>☐ Not listed. Explain ___ | — |
| 4.38 | Paul K. Geer, Esq.<br>DiBella, Geer, McAllister & Best<br>20 Stanwix Street, 11th Floor<br>Pittsburgh, PA 15222 | Line **3.213**<br>☐ Not listed. Explain ___ | — |
| 4.39 | Richard A. Wilson, Esq.<br>Ody & Wilson, PC<br>222 Penn Street<br>Huntingdon, PA 16652 | Line **3.164**<br>☐ Not listed. Explain ___ | — |
| 4.40 | Robert Arcovio, Esq.<br>Margolis Edelstein<br>The Oliver Building<br>535 Smithfield Street, Suite 1100<br>Pittsburgh, PA 15222 | Line **3.3**<br>☐ Not listed. Explain ___ | — |
| 4.41 | Romel L. Nicholas, Esq.<br>Gaiten, Tucceri & Nicholas, PC<br>519 Court Place<br>Pittsburgh, PA 15219 | Line **3.175**<br>☐ Not listed. Explain ___ | — |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.42 | Russell D. Giancola, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line 3.176<br>☐ Not listed. Explain ____ | — |
| 4.43 | Russell D. Giancola, Esq.<br>Porter Wright Morris & Arthur, LLP<br>6 PPG Place, Third Floor<br>Pittsburgh, PA 15222 | Line 3.177<br>☐ Not listed. Explain ____ | — |
| 4.44 | Samuel G. Dunlop, Esq.<br>Thomas, Thomas & Hafer<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line 3.122<br>☐ Not listed. Explain ____ | — |
| 4.45 | Samuel H. Simon, Esq.<br>Houston Harbaugh, PC<br>401 Liberty Avenue<br>Three Gateway Center, 22nd Floor<br>Pittsburgh, PA 15222 | Line 3.163<br>☐ Not listed. Explain ____ | — |
| 4.46 | Scott E. North, Esq.<br>Porter Wright Morris & Arthur LLP<br>41 South High Street, Suite 3100<br>Columbus, OH 43215 | Line 3.177<br>☐ Not listed. Explain ____ | — |
| 4.47 | Stephen P. Plonski, Esq.<br>Margolis Edelstein<br>535 Smithfield Street, Suite 1100<br>Pittsburgh, PA 15222 | Line 3.3<br>☐ Not listed. Explain ____ | — |
| 4.48 | Tara Maczuzak, Esq.<br>DiBella, Geer, McAllister & Best<br>20 Stanwix Street, 11th Floor<br>Pittsburgh, PA 15222 | Line 3.213<br>☐ Not listed. Explain ____ | — |
| 4.49 | Thomas A. Steele, Esq.<br>Peacock Keller<br>70 W. Beau Street<br>Washington, PA 15301 | Line 3.96<br>☐ Not listed. Explain ____ | — |
| 4.50 | Thomas E. Zumpella, Esq.<br>Thomas, Thomas & Hafer<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line 3.122<br>☐ Not listed. Explain ____ | — |
| 4.51 | Thomas E. Zumpella, Esq.<br>Thomas, Thomas & Hafer<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line 3.101<br>☐ Not listed. Explain ____ | — |
| 4.52 | Thomas E. Zumpella, Esq.<br>Thomas, Thomas & Hafer<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line 3.142<br>☐ Not listed. Explain ____ | — |

| Debtor | **Majestic Hills, LLC** | | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.53 | Thomas P. McGinnis, Esq.<br>Thomas, Thomas & Hafer, LLP<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line **3.122**<br><br>☐  Not listed  Explain ____ | __ |
| 4.54 | Thomas P. McGinnis, Esq.<br>Thomas, Thomas & Hafer, LLP<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line **3.101**<br><br>☐  Not listed  Explain ____ | __ |
| 4.55 | Thomas P. McGinnis, Esq.<br>Thomas, Thomas & Hafer, LLP<br>525 William Penn Place<br>Suite 3750, 37th Floor<br>Pittsburgh, PA 15219 | Line **3.142**<br><br>☐  Not listed  Explain ____ | __ |
| 4.56 | William J. Moorhead, Esq.<br>Buchanan Ingersoll & Rooney, P.C.<br>One Oxford Centre<br>301 Grant Street, 20th Floor<br>Pittsburgh, PA 15219 | Line **3.180**<br><br>☐  Not listed  Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b.  +  $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $  0.00 |

**Fill in this information to identify the case:**

Debtor name: **Majestic Hills, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance policy** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Donegal Insurance** <br> **PO Box 300** <br> **Marietta, PA 17547** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Policy** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Mutual Benefit Insurance Company** <br> **409 Penn Street** <br> **Huntingdon, PA 16652** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Policy** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Westfield Insurance** <br> **One Park Circle** <br> **Westfield Center, OH 44251** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Majestic Hills, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **JND Properties, LLC** | **3625 Washington Pike Bridgeville, PA 15107** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.2 | **Joseph N. & Shari DeNardo** | **851 Shafer Run Road Somerset, PA 15501** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.3 | **Mark R. Brashear, P.E.** | **570 Beatty Road Monroeville, PA 15146** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.4 | **Morris Knowles & Associates** | **443 Athena Drive Delmont, PA 15626** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |
| 2.5 | **Mutual Benefit Insurance Company** | **409 Penn Street Huntingdon, PA 16652** | | ☐ D ____ ☐ E/F ____ ☐ G ____ |

Debtor   **Majestic Hills, LLC**                                    Case number (if known)

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                            Column 2: Creditor

| | | | |
|---|---|---|---|
| 2.6 | **North Strabane Municipal Authority** | 1929B Route 519<br>Canonsburg, PA 15317 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **North Strabane Township** | 1929 Route 519<br>Canonsburg, PA 15317 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **NVR Inc. d/b/a Ryan Homes** | 11700 Plaza America Drive<br>Suite 500<br>Reston, VA 20190 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Pennsylvania Soil & Rock** | 570 Beatty Road<br>Monroeville, PA 15146 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Strinsha Excavation, Inc.** | 109 Veronica Drive<br>Canonsburg, PA 15317 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **The Gateway Engineers** | 100 McMorris Road<br>Pittsburgh, PA 15205 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Westfield Insurance** | One Park Circle<br>Westfield Center, OH 44251 | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |

Fill in this information to identify the case:

Debtor name     **Majestic Hills, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)     _____

☐ Check if this is an
amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ☐ Operating a business **Development & Sale** ☐ Other **of Lots** | $0.00 |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ☐ Operating a business **Development & Sale** ☐ Other **of Lots** | $0.00 |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ☐ Operating a business **Development & Sale** ☐ Other **of Lots** | $0.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| Relationship to debtor | | | |

**5. Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | NVR, INC. v. MAJESTIC HILLS, L.L.C. et al<br>2:18-cv-01335-NR | | US District Court for the WD PA<br>Pittsburgh, PA 15219 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Mutual Benefit Insurance Co v Majestic Hills et al<br>2019-0348 | | Huntingdon Court of Common Pleas<br>223 Penn Street<br>Huntingdon, PA 16652 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | North Strabane Township v Majestic Hills et al<br>C-63-CV-2019-5195 | | Washington County Court of Common Pleas<br>Washington, PA 15301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Grimes v. Majestic Hills, LLC et al<br>C-63-CV-2018-5757 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Phillips v. Majestic Hills, LLC et al (consolidated @ C-63-CV-2018-5757)<br>C-63-CV-2018-6037 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Majestic Hills, LLC**                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Phillips v. NVR, Inc. et al (consolidated @ C-63-CV-2018-5757) C-63-CV-2019-0379 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Hecht v. Majestic Hills, LLC et al (consolidated @ C-63-CV-2018-5757) C-63-CV-2019-1180 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Swarek v. Majestic Hills, LLC (consolidated @ C-63-CV-2018-5757) C-63-CV-2019-1895 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Sanders v. NVR, Inc. et al (consolidated @ C-63-CV-2018-5757) C-63-CV-2019-2051 | | Washington County Court of Common Pleas | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    **Majestic Hills, LLC**                                          Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Calaiaro Valencik**<br>**938 Penn Avenue**<br>**5th Floor, Suite 501**<br>**Pittsburgh, PA 15222** | | May 20, 2020 | **$50,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Mutual Benefit Insurance Company** | | | |
| 11.2. | **Calaiaro Valencik**<br>**938 Penn Avenue**<br>**5th Floor, Suite 501**<br>**Pittsburgh, PA 15222** | | March 10, 2020 | **$6,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:** **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Majestic Hills, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| **Financial Institution name and Address** | **Last 4 digits of account number** | **Type of account or instrument** | **Date account was closed, sold, moved, or transferred** | **Last balance before closing or transfer** |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| **Depository institution name and address** | **Names of anyone with access to it Address** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| **Facility name and address** | **Names of anyone with access to it** | **Description of the contents** | **Do you still have it?** |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor    **Majestic Hills, LLC**                                    Case number (if known)

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☐ No.
   ■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Majestic Hills | PA Dept of Environmental Protection 400 Waterfront Drive Pittsburgh, PA 15222 | Clean Streams Law | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | | Date of service From-To |
|---|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* |
|---|---|---|

◼ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

◼ None

**Name and address**                                    **If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

◼ None

**Name and address**

27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

◼ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

◼ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

◼ No
☐ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

◼ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

◼ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

Debtor    **Majestic Hills, LLC**                                          Case number *(if known)*

---

**Part 14:   Signature and Declaration**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2020**

**/s/ Joseph DeNardo**                                    **Joseph DeNardo**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Majestic Hills, LLC**

Debtor(s)

Case No.
Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **All work to be billed hourly.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **All work to be billed hourly**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**May 21, 2020**
_Date_

/s/ **Donald R. Calaiaro**
**Donald R. Calaiaro**
_Signature of Attorney_
**Calaiaro Valencik**
**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
**412-232-0930   Fax: 412-232-3858**
_Name of law firm_

---

## United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Majestic Hills, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JND Properties, LLC**<br>**3625 Washington Pike**<br>**Bridgeville, PA 15107** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 21, 2020**

Signature    **/s/ Joseph DeNardo**

**Joseph DeNardo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Pennsylvania

In re  __Majestic Hills, LLC__ _____    Case No. _____

_____    Chapter    __11__ _____

                                        Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   __May 21, 2020__ _____       /s/ Joseph DeNardo _____

                                              Joseph DeNardo/Manager
                                            Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Pennsylvania

In re   **Majestic Hills, LLC**

_____ Debtor(s)

Case No. _____
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Majestic Hills, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 21, 2020**
_____
Date

/s/ Donald R. Calaiaro
**Donald R. Calaiaro**
Signature of Attorney or Litigant
Counsel for   **Majestic Hills, LLC**
**Calaiaro Valencik**
**938 Penn Avenue, 5th Fl.**
**Suite 501**
**Pittsburgh, PA 15222**
**412-232-0930 Fax:412-232-3858**