**Fill in this information to identify the case:**

Debtor name    **Majestic Hills, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **20-21595**

■ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Alan & Cynthia Marker**<br>**2103 Majestic Drive**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **0200** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**ALEXANDER COGHILL**<br>**2042 MAJESTIC DR**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **5900** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Alton Industries**<br>**11 Carlton Drive**<br>**Eighty Four, PA 15330**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ■ Yes | **Unknown** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**ALYCIA A PETRAGLIA**<br>**2009 MAJESTIC DR**<br>**Canonsburg, PA 15317**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  **4300** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Majestic Hills, LLC** | | Case number *(if known)* | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew & Rebecca DeMase**
**2111 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **0600**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ANN E. McNeilly**
**2066 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **4900**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony & Anne DeGerolamo**
**2108 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **1100**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Anthony & Meredith Glass**
**1025 Forest Lane Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **4500**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**BENJAMIN & CORY HUMINSKY**
**4057 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **3400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin E. Means**
**405 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **1700**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad & Mara Bell**
**413 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **1300**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRADLEY & DEBRA KUHN**
**4054 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRADLEY & JAIME BLANKENSHIP**
**4025 BENTWOOD DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1100**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRET M & LISA M DAVIS**
**2016 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bret P. & Lindsey N. McCarthy**
**2059 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian & Jessica Sanders**
**4004 Brentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian & Lacey Mucha**
**502 Orchard View Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian & Lavona Maden**
**4055 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRIAN & MELISSA LAWRENCE**
**2058 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian D. & Heidi L. Garner**
**2078 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0700**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRIAN E & KIMBERLY A EATER**
**2050 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRIAN J & MARY ANNE FASSINGER**
**2024 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**BRIAN P & JESSICA J SWEENEY**
**4014 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bruscemi Irrevocable Grantor Trust**
**c/o Sherri L. Woomer, Trustee**
**4020 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Bryan & Heather Stitt**
**4068 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **20-21595** |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CAPRICE F JOHNSON**
**4027 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Catherine A. Perry**
**2045 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **2000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES F & KELLEY KAEZYK III**
**2087 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHARLES W & CELIA A SHAFFER**
**2046 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **5700**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CHRISTINE L OLSAVSKY**
**2056 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **5300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher & Deborah Davis**
**417 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **1100**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher & Elizabeth Phillips**
**1021 Oakwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number **3600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | | Case number *(if known)* | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**CHRISTOPHER L PATNESKY**
**4007 BENTWOOD DR**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Clement & Julie Gigliotti**
**2089 Majestic Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3100**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Corey & Lauren Mytrysak**
**406 Imperial Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0100**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cornelia Reynolds**
**2017 Majestic Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel & Nicola Hipkins**
**4003 Bentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0200**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel E. Carlsen**
**4046 Bentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2800**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**DAVID & BARBARA McHUGH**
**2020 MAJESTIC DR**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6700**

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.40** Nonpriority creditor's name and mailing address

**David & Kendra Stronach**
**2107 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0400**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address

**David & Mary Phillips**
**2112 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1300**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.42** Nonpriority creditor's name and mailing address

**DAVID B & CYNTHIA A AUSEFSKI**
**4044 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2700**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address

**DAVID E & KATHLEEN E SPALLA**
**2083 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2800**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address

**Dean & Julie Lasalvia**
**2063 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1100**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address

**Deliman Family Revocable Living Trust**
**c/o Bernard & Olga Deliman Trustees**
**2031 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2700**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.46** Nonpriority creditor's name and mailing address

**DENNIS J & BARBARA M WHITE**
**4024 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1500**

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | | Case number (if known) | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DEREK W & JILL M DENNICK**
**4012 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2000**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Donald & Jennifer Le**
**506 Orchard View Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DONALD R & BARBARA L HALULKO**
**2032 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **6300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas & April Hincy**
**2101 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Douglas & Suzanne Grimes**
**2021 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3800**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DWAYNE L & TERESA M ADAMS**
**2093 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3200**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eddie & Shelli Luther**
**411 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1400**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address

**EDWARD J & LINDA T KELLY**
**4059 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3500**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55** | Nonpriority creditor's name and mailing address

**Eric & Lisa Marie Brinson**
**1010 Forest Lane Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **0100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56** | Nonpriority creditor's name and mailing address

**Eric E. Dietz**
**2043 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **2100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57** | Nonpriority creditor's name and mailing address

**ERIC P & SHANNON S ROSING**
**2062 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **5100**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58** | Nonpriority creditor's name and mailing address

**Fletcher Loder & Lori Gill**
**409 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1500**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.59** | Nonpriority creditor's name and mailing address

**Fred A. & Dana L. Scott**
**2051 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **1700**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** | Nonpriority creditor's name and mailing address

**Garrett T. & Jenny A. Andrae**
**2025 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number **3500**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GARY L & CHERI LYNN SMITH**
**4041 Bentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1600**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**George & Donna Dlugos**
**501 Orchard View Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3400**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Gianna & Michael Ulam**
**2047 Majestic Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1900**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GREG & BRENDA HRUTKAY**
**2000 MAJESTIC DR**
**Canonsburg, PA 15317**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4500**

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Greg & Emily Nardine**
**4032 Bentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2100**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**GREGORY & LINDSAY STEIN**
**4056 Bentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**HARRY C & LISA S BARBER**
**2077 MAJESTIC DR**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8300**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com |

| Debtor | Majestic Hills, LLC | Case number (if known) | 20-21595 |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address
**Heath W. & Jessica A. Auman**
**2055 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number **1500**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.69** | Nonpriority creditor's name and mailing address
**Heather Stoernell**
**504 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number **3000**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.70** | Nonpriority creditor's name and mailing address
**Hobart & Kimberly Moore Sr.**
**4035 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number **1700**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.71** | Nonpriority creditor's name and mailing address
**HPA BORROWER 2018-ML LLC**
**180 N Stetson**
**Suite 3650**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number **5000**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **2064 MAJESTIC DR CANONSBURG, PA 15317**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72** | Nonpriority creditor's name and mailing address
**HPA BORROWER 2019-2 LLC**
**120 S Riverside Plaza**
**Suite 2000**
**Chicago, IL 60606**

Date(s) debt was incurred _
Last 4 digits of account number **2200**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **4008 Bentwood Drive Canonsburg, PA 15317**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.73** | Nonpriority creditor's name and mailing address
**J K Simmons**
**2038 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number **6100**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.74** | Nonpriority creditor's name and mailing address
**James & Jessica Jesensky**
**2084 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number **4300**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **James & Kathryn Weber**<br>**1029 Forest Lane Road**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4700** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **James & Melissa Pierce**<br>**4045 Bentwood Drive**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1500** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **JAMES A & NORA I THOMAS**<br>**2013 MAJESTIC DR**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **4200** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **JAMES J & RUTH ANN FOX**<br>**2008 MAJESTIC DR**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **7300** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Jason & Hilary Good**<br>**421 Imperial Drive**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **0900** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Jason & Kathleen Serone**<br>**4028 Bentwood Drive**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **1300** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Jason & Rachel Nash**<br>**4036 Bentwood Drive**<br>**Canonsburg, PA 15317** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number **2300** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Majestic Hills, LLC | Case number (if known) | 20-21595 |
|---|---|---|---|
| | Name | | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Jason D. & Maria E. Witt**
**2049 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Jeanne E. Hecht**
**141 Twilight Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3900**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Jeffrey & Candace Greer**
**4070 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4100**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Jeffrey & Christine Swarek**
**1024 Oakwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3700**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**JEFFREY & GLENNA SCANLON**
**4001 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0100**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**JEFFREY & SUZANNE WYBRANOWSKI**
**2095 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3300**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**JND Properties, LLC**
**3625 Washington Pike**
**Bridgeville, PA 15107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Joel D. Compeggie**
**2067 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Joel M Hudson III**
**2090 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4100**

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**John & Kimberly Peroni**
**2028 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6400**

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**JOHN A & FRANCES M UHRIN**
**4034 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**JOHN H & PHYLLIS M SAMS**
**2048 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**JOHN M & PATRICIA F STANEK**
**4016 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**JOHN N & SANDRA J BUTTON**
**2004 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Majestic Hills, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 20-21595 |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JONATHAN B & ANGELA L ROMANOFF**
**4013 BENTWOOD DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JONATHAN R & NICOLE GASBARRINI**
**4019 BENTWOOD DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathon & Claudia Sarles**
**2106 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jonathon & Shannon Cuniak**
**2104 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joni Mansmann**
**4067 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **3900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph & Cathleen Bozovich**
**4021 BENTWOOD DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joseph & Joan Jandrasits**
**1012 Forest Lane Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Majestic Hills, LLC | | Case number (if known) | 20-21595 |
|---|---|---|---|---|
| | Name | | | |

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph & Joyce DeBartolo**
**2036 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph & Molly Kurnal**
**407 Imperail Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1600**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph & Patricia Rice**
**4065 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3800**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph D. & Sarah H. Morgan**
**2041 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2200**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph M. Henderson**
**4048 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2900**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joseph N. & Shari DeNardo**
**851 Shafer Run Road**
**Somerset, PA 15501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Joshua D Colin**
**420 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0700**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JUSTIN & ELIZABETH BLASHOCK**
**2006 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7400**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**JUSTIN A & SARA ZEBRAK**
**2099 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3500**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Keith & Diana Cornelius**
**2094 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3900**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**KEITH J & COURTNEY A KARTMAN**
**4023 BENTWOOD DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1000**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Kenneth & Lorna Kestner Jr**
**4062 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4500**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**KENNETH R & JULIE PATTERSON**
**4018 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1700**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**KENNETH R & MICHELE J CUMMINGS**
**2014 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7000**

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | | |
|---|---|---|---|
| | Name | Case number (if known) | **20-21595** |

---

**3.117** | **Nonpriority creditor's name and mailing address**

**Kevin & Shante Seifert**
**419 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.118** | **Nonpriority creditor's name and mailing address**

**Kevin L McConnell**
**2010 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **7200**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119** | **Nonpriority creditor's name and mailing address**

**KEVIN P & MELISSA A BROGAN**
**4040 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.120** | **Nonpriority creditor's name and mailing address**

**KEVIN T & THERESA L DOWD**
**4010 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2100**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Leonard & Brea Robinson**
**422 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.122** | **Nonpriority creditor's name and mailing address**

**Leonard & Sylvia Ghilani**
**505 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3200**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Lisa M Sontheimer**
**503 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3300**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Majestic Hills, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **20-21595** |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**LUKE W & CARLY E MECHTLY**
**2068 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4800**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Majestic Hills Homeowners Association**
**c/o RJ Management**
**20475 Route 19 #4**
**Cranberry Twp, PA 16066**

Date(s) debt was incurred _

Last 4 digits of account number  **5000**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Majestic Hills, LLC**
**441 McMurray Road**
**Bethel Park, PA 15102**

Date(s) debt was incurred _

Last 4 digits of account number  **5200**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Marc D. Ingram**
**2035 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.128**

**Nonpriority creditor's name and mailing address**

**MARCUS & REBECCA G MACINO**
**4002 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2500**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.129**

**Nonpriority creditor's name and mailing address**

**Mark & Karen Luginski**
**1027 Forest Lane Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4600**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Mark R. Brashear, P.E.**
**570 Beatty Road**
**Monroeville, PA 15146**

Date(s) debt was incurred _

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

Unknown

---

| Debtor | Majestic Hills, LLC | | |
|---|---|---|---|
| | Name | Case number (if known) | 20-21595 |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew & Amy Carbonara**
**2098 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3700**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew & Kali Mullen**
**4026 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew & Kathleen Turner**
**410 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0200**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew & Megan Seibel**
**412 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0300**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MATTHEW J & LISA M SHEEHAN**
**4061 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3600**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Matthew John & Jaime Graham**
**2069 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael & Christen Bosh**
**2100 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3600**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | | Case number (*if known*) | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Kimberly Saghy**
**1023 Forest Lane Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Kristen Yerman**
**2110 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1200**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Lori Lautar**
**2044 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Mary Damas**
**4047 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Stephanie Brookie**
**416 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael & Stephanie Cunningham**
**4031 BEntwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Schnupp**
**2052 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Majestic Hills, LLC** | | Case number (if known) | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Morris Knowles & Associates**
**443 Athena Drive**
**Delmont, PA 15626**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Mutual Benefit Insurance Company**
**409 Penn Street**
**Huntingdon, PA 16652**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ■ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Nathan & Kristy Kaufman**
**418 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0600**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Nathan S. Hunkler**
**2015 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4100**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Neil & Randi Mager**
**414 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Nelson & Angela Downey**
**2102 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Nicholas & Brittney Mendiola**
**2092 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

**3.152**

**Nonpriority creditor's name and mailing address**

Nicholas & Lauren D'Alesandro
4058 Bentwood Drive
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  **4700**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.153**

**Nonpriority creditor's name and mailing address**

NICHOLAS R & HEATHER SHERMAN
2073 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  **8200**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.154**

**Nonpriority creditor's name and mailing address**

NICOLE A NEIGHBORS
4005 BENTWOOD DRIVE
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  **0300**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.155**

**Nonpriority creditor's name and mailing address**

Nicole M. Zidek
2113 Majestic Drive
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  **0700**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.156**

**Nonpriority creditor's name and mailing address**

NOEL I & KAREN R McMULLEN
2097 MAJESTIC DR
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  **3400**

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

Unknown

---

**3.157**

**Nonpriority creditor's name and mailing address**

North Strabane Municipal Authority
1929B Route 519
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

Unknown

---

**3.158**

**Nonpriority creditor's name and mailing address**

North Strabane Township
1929 Route 519
Canonsburg, PA 15317

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ☐ No  ■ Yes

Unknown

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | | Case number (if known) | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**NVR Inc. d/b/a Ryan Homes**
**11700 Plaza America Drive**
**Suite 500**
**Reston, VA 20190**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**PA Dept of Environmental Protection**
**Southwest Regional Office**
**400 Waterfront Drive**
**Pittsburgh, PA 15222**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Paco & Jennifer Carioli**
**2096 Majestic Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Park Ridge, LLC**
**411 McMurray Road, Suite 200**
**Bethel Park, PA 15102-1165**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Patrick & Karen Goode**
**2079 MAJESTIC DR**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **8400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pennsylvania Soil & Rock**
**570 Beatty Road**
**Monroeville, PA 15146**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rajiv & Namrata Bhatt**
**4006 Brentwood Drive**
**Canonsburg, PA 15317**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2300**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* | **20-21595** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ramiro J. & Carrie A. Colmenares**
**127 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1600**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raymond & Krista Wilhelm**
**4050 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **3000**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RAymond & Peggy Dusky Jr.**
**500 Orchard View Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2800**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Raymond H. & Kathy J. Grove**
**2037 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ricardo Chambers**
**2061 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1200**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Richard & Aimee Eismont II**
**4038 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2400**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ROBERT C & KRISTEN M DYER**
**2070 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4700**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* | **20-21595** |
|---|---|---|---|
| | Name | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ROBERT E & SARAH J PFENDLER**
**2018 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6800**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert N. & Danielle Ruffolo**
**2053 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1600**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert O. Saporito**
**2033 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **2600**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ronald & Christine Obringer**
**403 Imperial Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1800**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**RONALD J & LYNN W SZYMANSKI**
**2012 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7100**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Russell & Natalie Baker**
**4063 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **3700**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ryan K Butya**
**4064 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4400**

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**RYAN S & AMY C FARMER**
**2085 MAJESTIC DR**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Samuel D. & Kari A. Campoli**
**2057 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1400**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott & Alanna Popovich**
**4052 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  5000**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott & Amy Slayton**
**2109 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0500**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott & Jessica Bauer**
**2105 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0300**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Scott N. & Debra S. Crawford**
**114 Majestic Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0800**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**SHANE R & KIARA D NAPPENBACH**
**4029 Bentwood Drive**
**Canonsburg, PA 15317**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1900**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | | | |
|---|---|---|---|---|
| | Name | | Case number (if known) | **20-21595** |

---

**3.187** | Nonpriority creditor's name and mailing address

**Shaun Rohland & Ashley Mlakar**
**2088 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4200**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.188** | Nonpriority creditor's name and mailing address

**Stacey C. Anderson**
**2074 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **0500**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.189** | Nonpriority creditor's name and mailing address

**STACY J & SHELLEY D CARBAUGH**
**2081 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **2700**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.190** | Nonpriority creditor's name and mailing address

**Steve & Lauren Thompson**
**4060 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **4600**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.191** | Nonpriority creditor's name and mailing address

**Strinsha Excavation, Inc.**
**109 Veronica Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

Unknown

---

**3.192** | Nonpriority creditor's name and mailing address

**Tara M. George**
**2065 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _

Last 4 digits of account number  **1000**

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.193** | Nonpriority creditor's name and mailing address

**The Gateway Engineers**
**100 McMorris Road**
**Pittsburgh, PA 15205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

| Debtor | **Majestic Hills, LLC** | | Case number (if known) | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

**3.194** | **Nonpriority creditor's name and mailing address**

**THERESA R FELDBAUER**
**4042 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **2600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.195** | **Nonpriority creditor's name and mailing address**

**Thomas & Elaine Frunzi**
**2022 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **6600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196** | **Nonpriority creditor's name and mailing address**

**Timothy & Carrie Kane**
**415 Imperial Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **1200**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197** | **Nonpriority creditor's name and mailing address**

**TIMOTHY D PREX**
**4017 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **0700**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.198** | **Nonpriority creditor's name and mailing address**

**TIMOTHY J & JOYCE B VOLLMER**
**2040 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **6000**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.199** | **Nonpriority creditor's name and mailing address**

**Tina M. Novic**
**2002 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **7600**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.200** | **Nonpriority creditor's name and mailing address**

**Todd & Jennifer Kay Dunn**
**2039 Majestic Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred  _

Last 4 digits of account number  **2300**

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | | Case number *(if known)* | **20-21595** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Todd & Tiffany Ray**
**4066 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **4300**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troy Grunseth & Heather Kovalik**
**4030 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **2000**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**VENKATARMAN & SOBHANA**
**JAGANNATHAN**
**2076 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **0600**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Westfield Insurance**
**One Park Circle**
**Westfield Center, OH 44251**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**William & Megan White**
**4069 Bentwood Drive**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **4000**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIAM G & ROSE M FIDLER**
**2003 MAJESTIC DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **4400**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**WILLIAM W & AMY E MINOR**
**4015 BENTWOOD DR**
**Canonsburg, PA 15317**

Date(s) debt was incurred _
Last 4 digits of account number  **0600**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Majestic Hills, LLC** | Case number *(if known)* | **20-21595** |
|---|---|---|---|
| | Name | | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Benjamin J. Steinberg, Esq.**<br>**Meyers Law Group, LLC**<br>**17025 Perry Highway**<br>**Warrendale, PA 15086** | Line **3.32**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Brandon B. Rothey, Esq.**<br>**Meyer, Unkovic & Scott LLP**<br>**Henry W. Oliver Building**<br>**535 Smithfield Street, Suite 1300**<br>**Pittsburgh, PA 15222** | Line **3.51**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Carolyn Batz McGee, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Catherine S. Loeffler, Esq.**<br>**Houston Harbaugh, PC**<br>**401 Liberty Avenue**<br>**Three Gateway Center, 22nd Floor**<br>**Pittsburgh, PA 15222** | Line **3.145**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Christine D. Steere, Esq.**<br>**Deasy, Mahoney & Valentini, Ltd.**<br>**103 Chesley Drive, Suite 100**<br>**Media, PA 19063** | Line **3.164**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **David I. Kelch, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Dennis Chow, Esq.**<br>**Fowler Hirtzel McNulty & Spaulding, LLP**<br>**2000 Market Street**<br>**Suite 550**<br>**Philadelphia, PA 19103** | Line **3.204**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Devin A. Winklosky, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.158**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Devin A. Winklosky, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Douglas Nolin, Esq.**<br>**Peacock Keller**<br>**70 W. Beau Street**<br>**Washington, PA 15301** | Line **3.83**<br>☐ Not listed. Explain ____ | _ |

| Debtor | Majestic Hills, LLC | Case number *(if known)* | 20-21595 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.11 | **Frank Kosir, Jr., Esq.**<br>**Meyer, Unkovic & Scott LLP**<br>**Henry W. Oliver Building**<br>**535 Smithfield Street, Suite 1300**<br>**Pittsburgh, PA 15222-2315** | Line __3.51__<br><br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Gary L. Sweat, Esq.**<br>**Sweat Law Office**<br>**375 Valley Brook Road, Suite 112**<br>**Canonsburg, PA 15317** | Line __3.158__<br><br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Hannah Shaffer, Esq.**<br>**Gaiten, Tucceri & Nicholas, PC**<br>**519 Court Place**<br>**Pittsburgh, PA 15219** | Line __3.157__<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Henri Marcel, Esq.**<br>**Deasy, Mahoney & Valentini, Ltd.**<br>**1601 Market Street, Suite 3400**<br>**Philadelphia, PA 19102** | Line __3.130__<br><br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Henri Marcel, Esq.**<br>**Deasy, Mahoney & Valentini, Ltd.**<br>**1601 Market Street, Suite 3400**<br>**Philadelphia, PA 19102** | Line __3.164__<br><br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Jacob Cohn, Esq.**<br>**Gordon Rees Scully Mansukhani, LLP**<br>**Three Logan Square**<br>**1717 Arch Street**<br>**Philadelphia, PA 19103** | Line __3.146__<br><br>☐ Not listed. Explain ____ | _ |
| 4.17 | **James D. Curphey, Esq.**<br>**Porter Wright Morris & Arthur LLP**<br>**41 South High Street, Suite 2900**<br>**Columbus, OH 43215** | Line __3.159__<br><br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Jason H. Peck, Esq.**<br>**DiBella, Geer, McAllister & Best**<br>**20 Stanwix Street, 11th Floor**<br>**Pittsburgh, PA 15222** | Line __3.191__<br><br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Jay A. Yurkiw, Esq.**<br>**Porter Wright Morris & Arthur LLP**<br>**41 South High Street, Suite 2900**<br>**Columbus, OH 43215** | Line __3.159__<br><br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Jeffrey P. Meyers, Esquire**<br>**Myers Law Group, LLC**<br>**17025 Perry Highway**<br>**Warrendale, PA 15086** | Line __3.32__<br><br>☐ Not listed. Explain ____ | _ |
| 4.21 | **John B. Cromer, Esq.**<br>**Burke Cromer Cremonese, LLC**<br>**517 Court Place**<br>**Pittsburgh, PA 15219** | Line __3.85__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **John C. Brustowicz, Esq**<br>**Brustowicz & Marotta**<br>**4160 Washington Road, Suite 208**<br>**Canonsburg, PA 15317** | Line __3.191__<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.23 | **John J. Heurich, Jr., Esq.**<br>**501 Smith Drive, Suite 3**<br>**Cranberry Twp, PA 16066** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **John J. Heurich, Jr., Esq.**<br>**501 Smith Drive, Suite 3**<br>**Cranberry Twp, PA 16066** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **John P. Morgenstern, Esq.**<br>**Deasy, Mahoney & Valentini, Ltd.**<br>**1601 Market Street,**<br>**Philadelphia, PA 19103** | Line **3.164**<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Karin M. Romano**<br>**Thomas, Thomas & Hafer**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Kathleen Gallagher, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **Kathleen Gallagher, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **Krista M. Kochosky, Esq.**<br>**501 Smith Drive, Suite 3**<br>**Cranberry Twp, PA 16066** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **Krista M. Kochosky, Esq.**<br>**501 Smith Drive, Suite 3**<br>**Cranberry Township, PA 16006** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.31 | **Marjorie A. Marotta, Esq**<br>**Brustowicz & Marotta**<br>**4160 Washington Road, Suite 208**<br>**Canonsburg, PA 15317** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 | **Matthew Gill, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 | **Matthew Gill, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 | **Melvin Vatz, Esq.**<br>**247 Fort Pitt Blvd**<br>**4th Floor**<br>**Pittsburgh, PA 15222** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.35 | **Melvin Vatz, Esq.**<br>**247 Fort Pitt Blvd**<br>**4th Floor**<br>**Pittsburgh, PA 15222** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 | **Michael C. Cruny, Esq.**<br>**Sweat Law Office**<br>**375 Valley Brook Road, Suite 112**<br>**Canonsburg, PA 15317** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 | **Michael C. Heyden, Jr., Esq.**<br>**Gordon Rees Scully Mansukhani, LLP**<br>**Three Logan Square**<br>**171 Arch Street**<br>**Philadelphia, PA 19103** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 | **Paul K. Geer, Esq.**<br>**DiBella, Geer, McAllister & Best**<br>**20 Stanwix Street, 11th Floor**<br>**Pittsburgh, PA 15222** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 | **Richard A. Wilson, Esq.**<br>**Ody & Wilson, PC**<br>**222 Penn Street**<br>**Huntingdon, PA 16652** | Line **3.146**<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 | **Robert Arcovio, Esq.**<br>**Margolis Edelstein**<br>**The Oliver Building**<br>**535 Smithfield Street, Suite 1100**<br>**Pittsburgh, PA 15222** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.41 | **Romel L. Nicholas, Esq.**<br>**Gaiten, Tucceri & Nicholas, PC**<br>**519 Court Place**<br>**Pittsburgh, PA 15219** | Line **3.157**<br><br>☐ Not listed. Explain ____ | _ |
| 4.42 | **Russell D. Giancola, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.158**<br><br>☐ Not listed. Explain ____ | _ |
| 4.43 | **Russell D. Giancola, Esq.**<br>**Porter Wright Morris & Arthur, LLP**<br>**6 PPG Place, Third Floor**<br>**Pittsburgh, PA 15222** | Line **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.44 | **Samuel G. Dunlop, Esq.**<br>**Thomas, Thomas & Hafer**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |
| 4.45 | **Samuel H. Simon, Esq.**<br>**Houston Harbaugh, PC**<br>**401 Liberty Avenue**<br>**Three Gateway Center, 22nd Floor**<br>**Pittsburgh, PA 15222** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Majestic Hills, LLC** | Case number (if known) | **20-21595** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.46 | **Scott E. North, Esq.**<br>**Porter Wright Morris & Arthur LLP**<br>**41 South High Street, Suite 3100**<br>**Columbus, OH 43215** | Line **3.159**<br><br>☐ Not listed. Explain ____ | _ |
| 4.47 | **Stephen P. Plonski, Esq.**<br>**Margolis Edelstein**<br>**535 Smithfield Street, Suite 1100**<br>**Pittsburgh, PA 15222** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.48 | **Tara Maczuzak, Esq.**<br>**DiBella, Geer, McAllister & Best**<br>**20 Stanwix Street, 11th Floor**<br>**Pittsburgh, PA 15222** | Line **3.191**<br><br>☐ Not listed. Explain ____ | _ |
| 4.49 | **Thomas A. Steele, Esq.**<br>**Peacock Keller**<br>**70 W. Beau Street**<br>**Washington, PA 15301** | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.50 | **Thomas E. Zumpella, Esq.**<br>**Thomas, Thomas & Hafer**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |
| 4.51 | **Thomas E. Zumpella, Esq.**<br>**Thomas, Thomas & Hafer**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.52 | **Thomas E. Zumpella, Esq.**<br>**Thomas, Thomas & Hafer**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.53 | **Thomas P. McGinnis, Esq.**<br>**Thomas, Thomas & Hafer, LLP**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.108**<br><br>☐ Not listed. Explain ____ | _ |
| 4.54 | **Thomas P. McGinnis, Esq.**<br>**Thomas, Thomas & Hafer, LLP**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.88**<br><br>☐ Not listed. Explain ____ | _ |
| 4.55 | **Thomas P. McGinnis, Esq.**<br>**Thomas, Thomas & Hafer, LLP**<br>**525 William Penn Place**<br>**Suite 3750, 37th Floor**<br>**Pittsburgh, PA 15219** | Line **3.126**<br><br>☐ Not listed. Explain ____ | _ |
| 4.56 | **William J. Moorhead, Esq.**<br>**Buchanan Ingersoll & Rooney, P.C.**<br>**One Oxford Centre**<br>**301 Grant Street, 20th Floor**<br>**Pittsburgh, PA 15219** | Line **3.162**<br><br>☐ Not listed. Explain ____ | _ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Majestic Hills, LLC** | Case number (*if known*) | **20-21595** |
|---|---|---|---|
| | Name | | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy