UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    Chapter 11

MAJESTIC HILLS, LLC                                          Case No.  20-21595

_____

**Notice of Formation Meeting For Official Committee of Unsecured Creditors**
_____

The above-named debtor(s) filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint an Official Committee of Unsecured Creditors ("Committee").  The Committee represents the interests, and acts on behalf, of all unsecured creditors.  Members of the Committee are generally selected from the list of the twenty largest unsecured creditors.

This is to notify creditors that the United States Trustee will hold a meeting to form a Committee on **June 17, 2020 at 10:00**.  The meeting will be held telephonically.  If you wish to participate, please call *1-877-612-9054* and use access code *4831906* to join the meeting.  Also, if you have not already done so, please submit a copy of your completed creditors' questionnaire to Larry Wahlquist at Larry.E.Wahlquist@usdoj.gov prior to the meeting.

A representative of the debtor is invited to attend the meeting to provide information regarding the status of the case.  If you do not wish to serve on the Committee, your presence at the meeting is not required.

If you wish to be considered for Committee membership but are unable to attend, you should immediately notify the Office of the United States Trustee.  If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered.  If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf.

The United States Trustee urges you to consider serving on the Committee.  Under the Bankruptcy Code, the Committee has the right to demand that the debtor consult with the Committee before making major decisions or changes, to request the appointment of a trustee or examiner, to participate in the formation of a plan of reorganization, and in some cases, to propose its own plan of reorganization.  If appropriate, the Committee may request that the Bankruptcy Court convert a chapter 11 case to one under chapter 7, at which time the debtor's operations would cease and its assets would be liquidated.  The Committee is authorized to select and employ an attorney and other necessary professionals, subject to court approval.  Fees of professionals employed by the Committee may be paid from available assets, if any, of the bankruptcy estate after court approval.  Further, Committee members' actual expenses may be reimbursed from estate assets.

The Committee performs a vital role in chapter 11 reorganizations, and we hope that you will choose to participate.

                                              ANDREW R. VARA
                                              UNITED STATES TRUSTEE
                                              Regions 3 and 9

Dated: June 8, 2020                              By: /s/ Larry Wahlquist
                                              Larry Wahlquist, Trial Attorney
                                              DC ID 492864
                                              1001 Liberty Ave., Suite 970
                                              Pittsburgh, Pennsylvania 15222
                                              (412) 644-4756 Telephone
                                              (412) 644-4785 Facsimile
                                              Larry.E.Wahlquist@usdoj.gov