IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAJESTIC HILLS, LLC,

    Debtor,

v.

MAJESTIC HILLS, LLC; JND PROPERTIES, LLC; PENNSYLVANIA SOIL AND ROCK, INCORPORATED; MARK R. BRASHEAR; ALTON INDUSTRIES, INC.; JOSEPH N. DENARDO d/b/a J.N.D. PROPERTIES; and SHARI DENARDO,

    Defendants,

v.

STRNISHA EXCAVATION, INC. and MORRIS KNOWLES & ASSOCIATES, INC.,

    Third Party Defendants.

No.: 20-21595-GLT

Chapter 11

Adversary No. 20-

**STRNISHA EXCAVATION'S MOTION TO EXTEND TIME TO RESPOND TO DEBTOR'S MOTION FOR AN ORDER:  (1) APPROVING THE SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE DEBTOR AND WESTFIELD INSURANCE COMPANY (2)  APPROVING THE SALE OF CERTAIN INSURANCE POLICIES, AND (3) ISSUING AN INJUNCTION PURSUANT TO THE SALE OF CERTAIN INSURANCE POLICIES**

Strnisha Excavation, Inc. by through their counsel DiBella, Geer, McAllister & Best, P.C. file the following Motion to Extend Time to Respond to Debtor's Motion for an Order (1) Approving the Assumption of the Settlement Agreement and Release between the Debtor and Westfield Insurance Company (2) Approving the Sale of Certain Insurance Policies, and (3) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies as follows:

1. On May 21, 2020, the debtor initiated this case by filing a Voluntary Petition for Relief Under Chapter 11.

2. On May 21st the debtor also filed Chapter 11 Plan of Reorganization at document 15 and the two following Motions: Motion for an Order (1) Approving the Assumption of the Settlement Agreement and Release between the Debtor and Mutual Benefit Insurance Company (2) Approving the Sale of Certain Insurance Policies, and (3) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies (the Mutual Benefit Motion) (Doc. 10); and Motion for an Order (1) Approving the Assumption of the Settlement Agreement and Release between the Debtor and Westfield Insurance Company (2) Approving the Sale of Certain Insurance Policies, and (3) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies (the Westfield Motion) (Doc. 12) collectively (hereinafter referred to as "the Motions").

3. Responses to the Motions were due on June 8, 2020.

4. The undersigned counsel represents Strnisha Excavation, Inc., an Additional Defendant in the underlying lawsuits pending in the Washington County litigation and a Third Party Defendant in the pending U.S. District Court for the Western District of Pennsylvania.

5. In order to respond in a timely manner it was necessary for the undersigned counsel to become admitted to U.S. Bankruptcy Court for the Western District of Pennsylvania.

6. In order to become admitted to the U.S. Bankruptcy Court it was necessary that the undersigned counsel also be admitted to practice in the U.S. District Court for the Western District of Pennsylvania. The undersigned counsel has been admitted in U.S. District Court for the Western District of Pennsylvania since 1978.

7. On approximately June 5, 2020 a representative of U.S. Bankruptcy Court advised the undersigned counsel that he did not satisfy the court's criteria for admission because he was not admitted to the U.S. District Court for the Western District of Pennsylvania.

8. After further communications between the undersigned counsel and the clerk for the U.S. Bankruptcy Court, it was determined that there had been a misunderstanding as to the spelling of the undersigned counsel's last name and as a result the undersigned counsel had not been admitted to practice. In fact, it was finally confirmed on June 5, 2020 that the undersigned counsel had been admitted to the U.S. District Court for the Western District of Pennsylvania in 1978 and was, in fact, eligible to be admitted in the U.S. Bankruptcy Court. Accordingly, the undersigned counsel was permitted to enter his appearance after being admitted to practice in the U.S. Bankruptcy Court.

9. On June 8, 2020 upon attempting to enter the appearance it was learned that the appearance could not be docketed because Strnisha Excavation, Inc. was not listed as a party on the bankruptcy court's docket. The reason for this is unknown. The appearance entered in this court on behalf of Strnisha Excavation, Inc. has been approved as of 6/9/2020, too late to respond to the June 8, 2020 due date.

WHEREFORE, Strnisha Excavation, Inc. respectfully requests that this Honorable Court enter an Order providing Strnisha Excavation, Inc. with an additional seven (7) days to respond to the Debtor's Motions.

       Respectfully submitted,


       /s/ Paul K. Geer, Esquire
       Paul K. Geer, Esquire
       PA I.D. No.: 27675

       DiBella Geer, McAllister & Best, P.C.
       Firm No.: 99
       20 Stanwix Street, 11th Floor
       Pittsburgh, PA 15222
       (412) 261-2900
       (412) 261-3222 Fax

# **CERTIFICATE OF SERVICE**

I, PAUL K. GEER, ESQUIRE hereby certify that a true and correct copy of the foregoing Motion to Extend Time to Respond to Debtor's Motion for an Order (1) Approving the Assumption of the Settlement Agreement and Release between the Debtor and Westfield Insurance Company (2) Approving the Sale of Certain Insurance Policies, and (3) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies has been forwarded to the following, via: Email, this 9th day of June, 2020:

Larry Wahlquist, Esquire
Office of the U.S. Trustee
970 Liberty Center
Pittsburgh, PA 15222

Donald Calaiaro, Esquire
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222

Jeffrey P. Myers, Esquire
Benjamin J. Steinberg, Esquire
Myers Law Group, LLC
17025 Perry Highway
Warrendale, PA 15086
*Counsel for Christopher and Elizabeth Phillips*

John Cromer, Esquire
Burke Cromer Cremonese, LLC
517 Court Place
Pittsburgh, PA 15219
*Counsel for Jeffrey and Christine Swarek*

Frank Kosir, Jr., Esquire
Brandon B. Rothey, Esquire
Kate E. McCarthy, Esquire
Meyer, Unkovic & Scott, LLP
Henry W. Oliver Bldg.
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222-2315
*Counsel for Douglas and Suzanne Grimes*

Douglas R. Nolin, Esquire
Thomas A. Steele, Esquire
Peacock Keller, LLP
70 East Beau Street
Washington, PA 15301
*Counsel for Jeanne Hecht*

Krista M. Kochosky, Esquire
The Lynch Law Group, LLC
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
*Counsel for Brian and Jessica Sanders & Rajiv and Namrata Bhatt*

Gary L. Sweat, Esquire
Sweat Law Offices
375 Valley Brook Road, Suite 112
McMurray, PA 15317
*Counsel for North Strabane Township*

Romel L. Nicholas, Esquire
Hannah Shaffer, Esquire
Gaitens, Tucceri & Nicholas, P.C.
519 Court Place
Pittsburgh, PA 15219
*Counsel for North Strabane Township Municipal Authority*

Robert A. Arcovio, Esquire
Stephen Plonski, Esquire
Margolis Edelstein
The Oliver Building
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
*Counsel for Alton Industries*

Henri Marcel, Esquire
Deasey, Mahoney & Valentini, Ltd.
Suite 3400
1601 Market Street
Philadelphia, PA 19103-2301
*Counsel for PS&R*

Kathleen A. Gallagher, Esquire
Devin A. Winklosky, Esquire
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
*Counsel for NVR, Inc., Ryan Homes*

Samuel G. Dunlop, Esquire
Thomas P. McGinnis, Esquire
Thomas E. Zumpella, Esquire
Thomas, Thomas & Hafer LLP
525 William Penn Place
37th Floor, Suite 3750
Pittsburgh, PA 15219
*Counsel for Majestic Hills, LLC/JND Properties, LLC/Joseph DeNardo, JND Properties/Shari DeNardo*

Jeffrey P. Myers, Esquire
Joshua D. Brown, Esquire
Myers Law Group, LLC
17025 Perry Highway
Warrendale, PA 15086
*Counsel for Christopher and Elizabeth Phillips*

William J. Moorhead, Esquire
Buchanan, Ingersoll & Rooney, PC
One Oxford Centre, 20th Floor
301 Grant Street
Pittsburgh, PA 15219

*Counsel for Mutual Holding Co. of Western PA*

Gerard J. Cipriani, Esquire
Jamie Lenzi, Esquire
Cipriani & Werner
650 Washington Road, Suite 700
Pittsburgh, PA 15228
*Counsel for Majestic Hills Homeowners' Assoc.*

Samuel H. Simon, Esquire
Catherine S. Loeffler, Esquire
Houston Harbaugh, PC
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
*Counsel for Morris Knowles & Assoc.*

Mark Reilly, Esquire
Thomas H. Ayoob III & Associates, LLC
710 Fifth Avenue, Suite 200
Pittsburgh, PA 15219
*Counsel for The Gateway Engineers*

Joseph B. Mayers, Esquire
Mayers Firm, LLC
3031 Walton Road
Suite A330
Plymouth Meeting, PA 19462
*Counsel for John & Diana McCombs*

John C. Brzustowicz, Esquire
Marjorie A. Marotta, Esquire
Law Offices of Brzustowicz & Marotta, P.C.
4160 Washington Road, Suite 208
McMurray, PA 15317

Wendy D. Testa, Esquire
Karen M. Maschke, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
*Counsel for Parkridge Development, LLC*

Respectfully submitted,

BY: /s/ Paul K. Geer
    PAUL K. GEER, ESQUIRE

Counsel for Additional Defendant,
STRNISHA EXCAVATION, INC.,