**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| Majestic Hills, LLC, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| Majestic Hills, LLC, | ) |
|     **Movant,** | ) **Related Document No.** 88-10 |
|     **vs.** | ) **Hearing Date:** 06/18/20 @ 9:00 a.m. |
| No Respondent. | ) **Document No.** |

**DEBTOR'S MOTION TO RESCHEDULE HEARINGS ON MOTIONS FOR AN ORDER (I) APPROVING THE ASSUMPTION OF THE SETTLEMENT AGREEMENT AND RELEASE, (II) APPROVING THE SALE OF CERTAIN INSURANCE POLICIES, AND (III) ISSUING AN INJUNCTION PURSUANT TO THE SALE OF CERTAIN INSURANCE POLICIES**

**AND NOW**, comes the Debtor, Majestic Hills, LLC, by and through its counsel, Donald R. Calaiaro and Calaiaro Valencik, and presents the following:

1.    The Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on May 21, 2020.

2.    On May 21, 2020, the Debtor filed two Motions for an Order (I) Approving the Assumption of the Settlement Agreement and Release, (II) Approving the Sale of Certain Insurance Policies, and (III) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies related to the insurance policies with Mutual Benefit Insurance Company and Westfield Insurance Company (collectively, the "Motions"). See ECF Nos. 10-12.

3.    The hearings on the Motions is currently scheduled for June 18, 2020, at 9:00 a.m.[1]

---

[1] The hearing on the Debtor's Application to Employ Donald R. Calaiaro and Calaiaro Valencik (ECF No. 7) and the rescheduled hearing on North Strabane Township and NVR, Inc. d/b/a Ryan Homes' Motion to Stay (ECF Nos. 80-81) are also scheduled for June 18, 2020, at the same time. The Debtor is not requesting that those hearings be rescheduled.

4.      The United States Trustee filed a Response to the Motions. See ECF Nos. 57 & 58. In its Response, the United States Trustee stated that creditors have expressed interest in serving on an Official Committee of Unsecured Creditors and that it was in the process of attempting to appoint the creditors' committee. Id. at ¶ 4.

5.      The United States Trustee asked for additional time for the Unsecured Creditors' Committee to form and select counsel and then they would need time for counsel to review the motions and pleadings.

6.      Debtor's counsel believes this request was reasonable and consented.

7.      A formation meeting for an Unsecured Creditors' Committee will be held on June 17, 2020, the day before the scheduled hearings. See ECF No. 56.

8.      Furthermore, multiple creditors either objected to the settlement motions or joined the United States Trustee's response.

9.      Debtor's counsel has entered into discussions with opposing counsel regarding the settlement objections. Debtor's counsel has schedule several calls next week with opposing counsel to discuss the Motions and objections. Debtor's counsel is also providing the requested pleadings with those objectors to fully inform the parties of the Debtor's position.

10.      The Debtor is requesting that the hearings on the Motions and any objections be rescheduled to Thursday, August 6, 2020.

11.      Rescheduling the hearings does not prejudice any party in this matter.

**WHEREFORE**, the Debtor requests this Honorable Court reschedule the hearings on the Motions for an Order (I) Approving the Assumption of the Settlement Agreement and Release, (II) Approving the Sale of Certain Insurance Policies, and (III) Issuing an

Injunction Pursuant to the Sale of Certain Insurance Policies related to the insurance policies with Mutual Benefit Insurance Company and Westfield Insurance Company for August 6, 2020, or as the Court's schedule permits.

**Respectfully submitted.**

**DATE:** June 12, 2020

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**

**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**