# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 20-21595-GLT |
| | ) |
| **Majestic Hills, LLC,** | ) Chapter 11 |
| | ) |
| Debtor, | ) |
| | ) |
| **NVR, Inc. d/b/a Ryan Homes,** | ) |
| Plaintiff, | ) Adv. Pro. No. 20-2084-GLT |
| v. | ) |
| **Majestic Hills, LLC,** *et al.*, | ) |
| Defendants, | ) |
| | ) |
| **Douglas E. Grimes and** | ) |
| **Suzanne M. Grimes,** | ) Adv. Pro. No. 20-2088-GLT |
| Plaintiffs, | ) |
| v. | ) |
| **Majestic Hills, LLC,** *et al.*, | ) |
| Defendants, | ) |
| | ) |
| **Christopher Phillips and** | ) |
| **Elizabeth Phillips,** | ) Adv. Pro. No. 20-2089-GLT |
| Plaintiffs, | ) |
| v. | ) |
| **Majestic Hills, LLC,** *et al.*, | ) |
| Defendants, | ) |
| | ) |
| **Christopher Phillips and** | ) |
| **Elizabeth Phillips,** | ) Adv. Pro. No. 20-2090-GLT |
| Plaintiffs, | ) |
| v. | ) |
| **NVR, Inc. d/b/a Ryan Homes,** *et al.*, | ) |
| Defendants, | ) |
| | ) |
| **Jeanne Hecht,** | ) |
| Plaintiff, | ) Adv. Pro. No. 20-2091-GLT |
| v. | ) |
| **Majestic Hills, LLC,** *et al.*, | ) |
| Defendants, | ) |
| | ) |
| | ) |
| **Jeffrey Swarek and** | ) |
| **Christine Swarek,** | ) Adv. Pro. No. 20-2092-GLT |

|  |  |
|---|---|
| **Plaintiffs,** | ) |
| v. | ) |
| **Majestic Hills, LLC,** *et al.***,** | ) |
| Defendants, | ) |
|  | ) |
| **Brian Sanders, Jessica Sanders,** | ) |
| **Rajiv Bhatt, and Namrata Bhatt,** | ) Adv. Pro. No. 20-2093-GLT |
| v. | ) |
| **NVR, Inc. d/b/a Ryan Homes,** *et al.***,** | ) |
| Defendants, | ) |
|  | ) |
| **North Strabane Township,** | ) |
| Plaintiff, | ) Adv. Pro. No. 20-2094-GLT |
| v. | ) |
| **Majestic Hills, LLC,** *et al.***,** | ) |
| Defendants, | ) |
|  | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I served or caused to be served this 10th day of September, 2020 a copy of the foregoing *Response to Expedited Motion to Request a Status Conference to be Held on an Expedited Basis* via the following methods to parties on the attached service list.

Dated:  September 10, 2020

**BUCHANAN INGERSOLL & ROONEY PC**

By:  */s/ Zakarij O. Thomas*
Zakarij O. Thomas (PA Id. No. 87385)
William J. Moorhead, Esq. (PA Id. No. 52761)
Union Trust Building
501 Grant Street
Suite 200
Pittsburgh, PA 15219
Tel:  (412) 562-8800
Fax:  (412) 562-1041

*Counsel for Parkridge Development LLC*

Service List:

Via ECF notification and email:

Counsel for Debtor
Donald R. Calaiaro
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Email: dcalaiaro@c-vlaw.com

David Z. Valencik
Calaiaro Valencik
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
Email: dvalencik@c-vlaw.com

Larry E. Wahlquist
U.S. Trustee Program/Dept. of Justice
1001 Liberty Avenue
Suite 970
Pittsburgh, PA 15222
Email: larry.e.wahlquist@usdoj.gov


Official Committee of Unsecured Creditors of Majestic Hills, LLC
Matthew James Burne
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Email: mburne@leechtishman.com

John M. Steiner
LEECH TISHMAN FUSCALDO & LAMPL LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Email: jsteiner@leechtishman.com

Crystal H. Thornton-Illar
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Email: cThornton-Illar@leechtishman.com

Robert O Lampl
Robert O Lampl Law Office
Benedum Trees Building
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
Email: rol@lampllaw.com

Kathleen A. Gallagher
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
Email: kgallagher@porterwright.com

Russell D. Giancola
Porter Wright Morris & Arthur
6 PPG Place
Suite 830
Pittsburgh, PA 15222
Email: rgiancola@porterwright.com

Henri Marcel
Deasey Mahoney Valentini Ltd.
1601 Market Street
Suite 3400
Philadelphia, PA 19103-2301
Email: hmarcel@dmvlawfirm.com

Christine D Steere
Deasey Mahoney & Valentini, Ltd.
103 Chesley Crive
Media, PA 19063
Email: csteere@dmvlawfirm.com

Dennis J. Geis, Jr.
Margolis Edelstein
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
Email: dgeis@margolisedelstein.com


Melvin L. Vatz
Grossinger Gordon and Vatz
429 Fourth Avenue
1000 Law & Finance Building
Pittsburgh, PA 15219
Email: mvatz@vatzlaw.com


Catherine Loeffler
Houston Harbaugh
Three Gateway Center, 22nd Fl.
401 Liberty Ave.
Pittsburgh, PA 15222
Email: loefflercs@hh-law.com

Samuel H. Simon
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222-1005
Email: ssimon@hh-law.com

U.S. First Class Mail:

Debtor
Majestic Hills, LLC
3625 Washington Pike
Bridgeville, PA 15017

Christopher Phillips and Elizabeth Phillips
1021 Oakwood Drive
Canonsburg, PA 15317

NVR, Inc. d/b/a Ryan Homes
11700 Plaza America Drive, Suite 500
Reston, VA 20190


Shari DeNardo
115 Linksview Drive
Canonsburg, PA 15317

Mark R Brashear
570 Beatty Road
Monroeville, PA 15146

Alton Industries, Inc.
11 Carlton Drive
Eighty Four, PA 15330

Joseph N DeNardo
d/b/a JND Properties, LLC
115 Linksview Drive
Canonsburg, PA 15317

Pennsylvania Soil and Rock Incorporated
570 Beatty Road
Monroeville, PA 15146