FILED
3/31/21
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **)** **Case No.** 20-21595-GLT |
| | **)** **Chapter** 11 |
| Majestic Hills, LLC, | **)** **Related Dkt. Nos.** 10, 12, 298, 300, 302, |
| | **)** 304, 307, 309, 316, 318, 320, 322, 324, |
| | **)** 326, 328, 330, 332, 334, 424, 440 and 445 |
| | **)** |
| **Debtor.** | **)** **Document No.** |

## ORDER SETTING CASE MANAGEMENT DEADLINES

On March 25, 2021, the Court conducted a Status Conference via Zoom video conference to discuss Case Management Issues after the termination of the mediation. For reasons stated on the record it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the following deadlines shall be imposed:

1.      The Debtor shall file an Amended Plan and Disclosure Statement on or before **April 27, 2021**.

2.      The Mutual Benefit and Westfield Motions[1] will be held in abeyance pending the filing of the Amended Plan and Disclosure Statement. Any and all deadlines currently pending that are related to these Motions, including but not limited to the deadline for the Official Committee of Unsecured Creditors to file a response, other parties to file supplemental responses, and for the Debtor, Westfield Insurance Company, Mutual Benefit Insurance Company, or any other party to the Agreements to file any replies, are suspended. The Court will enter a separate scheduling order imposing such

---

[1]      See Debtor's Motion for an Order (i) Approving the Assumption of the Settlement Agreement and Release Between the Debtor and Mutual Benefit Insurance Company, (ii) Approving the Sale of Certain Insurance Policies, and (iii) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies [Dkt. No. 10] and Debtor's Motion for an Order (i) Approving the Assumption of the Settlement Agreement and Release Between the Debtor and Westfield Insurance Company, (ii) Approving the Sale of Certain Insurance Policies, and (iii) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies [Dkt. No. 12]

deadlines at the appropriate time after the Amended Plan and Disclosure Statement have

been filed.

3.      The Objections to Claims filed against NVR, Inc. d/b/a Ryan Homes

[Dkt. No. 332] and North Strabane Township [Dkt. No. 334] shall proceed as to the legal

issues presented against the claims only. Any remaining factual issues will be addressed

at a future hearing. NVR, Inc. d/b/a Ryan Homes and North Strabane Township shall file

a Response on or before **April 8, 2021**. A hearing on these Objections will be held on

**May 7, 2021** at **10:00 a.m.** via Zoom video conference. Parties or counsel of record who

intend to participate in the hearing shall make arrangements as directed by Judge

Taddonio's      Modified      Procedures      for      Remote      Participation

(http://www.pawb.uscourts.gov/judge-taddonio-video-conference-hearing-information)

**no later than 4:00 p.m.** on the business day prior to the hearing.

4.      All other pending Objections to Claims[2], including any applicable

response deadlines, shall be held in abeyance pending further order of court. The

suspension of these claims objections is based on the expectation that claims estimation

will be unnecessary, but without prejudice to pursuing estimation during the plan process.

---

[2]      Including but not limited to: (1) Objection to Claim of Christopher Phillips and Elizabeth Phillips at Claim No. 4 [Dkt. No. 298]; (2) Objection to Claim of Douglas and Suzanne Grimes at Claim No. 2 [Dkt. No. 300]; (3) Objection to Claim of Rajiv Bhatt and Namrata Bhatt at Claim No. 12 [Dkt. No. 302]; (4) Objection to Claim of Jeffrey Swarek and Christine Swarek at Claim No. 5 [Dkt. No. 304]; (5) Objection to Claim of Jeanne Hecht at Claim No. 10 [Dkt. No. 307]; (6) Objection to Claim of Brian Sanders and Jessica Sanders at Claim No. 13 [Dkt. No. 309]; (7) Objection to Claim of Strnisha Excavation, Inc. at Claim No. 1 [Dkt. No. 316]; (8) Objection to Claim of Morris Knowles & Associates, Inc. at Claim No. 3 [Dkt. No. 318]; (9) Objection to Claim of Parkridge Development, LLC at Claim No. 6 [Dkt. No. 320]; (10) Objection to Claim of The Gateway Engineers, Inc. at Claim No. 7 [Dkt. No. 322]; (11) Objection to Claim of Alton Industries, Inc. at Claim No. 11 [Dkt. No. 324]; Objection to Claim of Pennsylvania Soil & Rock at Claim No. 14 [Dkt. No. 326]; (12) Objection to Claim of Majestic Hills Homeowners Associations, Inc. at Claim No. 16 [Dkt. No. 328]; and (13) Objection to Claim of Mark Brashear, P.E. at Claim No. 9 [Dkt. No. 330].

5.      Subject to further court order, the Adversary Proceedings[3] remain stayed through the plan objection deadline.

6.      The NVR Motion[4] will proceed as scheduled. All responses deadlines and hearing dates remain as previously scheduled.

7.      The Court shall schedule a further status conference on the Objections to Claims and Adversary Proceedings in 75 days from the entry of this Order.

Date: March 31, 2021                By the Court:

**Honorable Gregory L. Taddonio**
**United States Bankruptcy Court**

**CONSENTED TO BY:**

*/s/ Donald R. Calaiaro*
Donald R. Calaiaro, Esq. PA I.D. No. 27538
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA 15222-3708
(412) 232-0930
dcalaiaro@c-vlaw.com
*Counsel for Majestic Hills, LLC*

---

3      The Adversary Proceedings include the following: (1) 20-02084-GLT, NVR, Inc. d/b/a Ryan Homes v. Majestic Hills, LLC, et al.; (2) 20-02088-GLT, Grimes et al. v. Majestic Hills, LLC et al.; (3) 20-02089-GLT, Phillips et al. v. Majestic Hills, LLC et al.; (4) 20-02090-GLT, Phillips et al. v. NVR, Inc. d/b/a Ryan Homes et al.; (5) 20-02091-GLT, Hecht v. Majestic Hills, LLC et al.; (6) 20-02092-GLT, Swarek et al. v. Majestic Hills, LLC et al.; (7) 20-02093-GLT, Sanders et al. v. NVR, Inc. d/b/a Ryan Homes et al.; (8) 20-02094-GLT, North Strabane Township v. Majestic Hills, LLC et al.; and (9) 20-02112-GLT, Mutual Benefit Insurance Company et al. v. Majestic Hills, LLC et al..

4      See Amended Motion of NVR, Inc. and North Strabane Township for Entry of an Order (A) Scheduling a Hearing on Debtor's Motion for an Order (I) Approving the Assumption of the Settlement Agreement and Release Between the Debtor and Mutual Benefit Insurance Company, (II) Approving the Sale of Certain Insurance Policies, and (III) Issuing an Injunction Pursuant to the Sale of Certain Insurance Policies; (B) Declaring that Non-Debtors Are Not Entitled To Releases; and (C) Requiring the Settlement Amount Be Paid Directly to Homeowners. [Dkt. No. 431].

*/s/ John M. Steiner*
John M. Steiner, Esq. (PA ID 79390)
jsteiner@leechtishman.com
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600
*Counsel to the Official Committee of Unsecured*
*Creditors of Majestic Hills, LLC*

*/s/ Russell D. Giancola*
Russell D. Giancola Pa. I.D. No. 200058
Porter Wright Morris & Arthur LLP
6 PPG Place, Third Floor
Pittsburgh, PA 15222
(412) 235-4500
rgiancola@porterwright.com
*Counsel for NVR, Inc. d/b/a Ryan Homes*
*and North Strabane Township*

*/s/ Henri Marcel*
Henri Marcel, Esquire
Identification No.: 84066
1601 Market Street, Suite 3400
Philadelphia, PA 19103-2301
(215) 587-9400/ (215) 587-9456 – FAX
hmarcel@dmvlawfirm.com
*Counsel for Pennsylvania Soil and Rock*
*Incorporated & Mark Brashear*

*/s/ Robert A. Arcovio*
Robert A. Arcovio, Esquire PA I.D. No. 30649
rarcovio@margolisedelstein.com
Henry W. Oliver Building, Suite 1100
535 Smithfield Street
Pittsburgh, PA 15222
Main: 412-281-4256
Direct: 412-355-4998
Fax: 412-642-2380
*Counsel for Alton Industries, Inc.*

*/s/ Catherine S. Loeffler*
Catherine S. Loeffler PA ID No. 311667
loefflercs@hh-law.com
Houston Harbaugh, P.C.
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
(412) 281-5060
*Counsel for Creditor, Morris Knowles &*
*Associates, Inc.*

*/s/ Paul K. Geer*
Paul K. Geer, Esquire PA ID #27675
DiBella Geer McAllister & Best, P.C.
20 Stanwix Street, 11th Floor
Pittsburgh, PA 15222
pgeer@dgmblaw.com
(412) 261-2900
*Counsel for Strnisha Excavation, Inc.*

*/s/ Mark Reilly*
Mark Reilly, Esquire PA ID #53549
710 Fifth Avenue, Suite 2000
Pittsburgh, PA  15219
mark@pioneerls.com
412-208-3000
*Counsel for Gateway Engineers*

*/s/ William J. Moorhead*
William J. Moorhead, Esquire PA ID: 52761
Buchanan Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Fax: (412) 562-1041
*Counsel for Parkridge Development LLC*

*/s/ Jacob C. Cohn*
Jacob C. Cohn, Esquire PA ID#54139
Gordon & Rees, LLP.
Three Logan Square
1717 Arch St, Suite 610
Philadelphia, PA 19103
jcohn@gordonrees.com
215-717-4004
*Counsel for Mutual Benefit Insurance Company*

*/s/ Dennis Chow*
Dennis Chow, Esquire PA ID #311166
Fowler Hirtzel McNulty & Spaulding, LLP
2000 Market Street, Suite 550
Philadelphia, PA 19103
dchow@fhmslaw.com
267-457-4570
*Counsel for Westfield Insurance Company*

*/s/ Jamie Lenzi*
*Jamie Lenzi, Esquire PA ID#51865*
Cipriani & Werner
650 Washington Road, Suite 700

Pittsburgh, PA 15228
jlenzi@c-wlaw.com
412-563-2500
*Counsel for Majestic Hills HOA*

*/s/ Brandon B. Rothey*
Brandon B. Rothey, Esquire Pa. I.D. #313591
bbr@muslaw.com
535 Smithfield Street, Suite 1300
Pittsburgh, Pennsylvania 15222-2315
TEL: (412) 456-2800
FAX: (412) 456-2864
*Counsel for Douglas E. Grimes and Suzanne M. Grimes*

*/s/ Douglas R. Nolin*
Douglas R. Nolin, Esquire PA ID #42213
Peacock Keller, LLP
95 West Beau Street, Suite 600
Washington, PA 15301
Doug.Nolin@peacockkeller.com
724-222-4520
*Counsel for Jeanne E. Hecht*

*/s/ Ryan J. Cooney*
Ryan J. Cooney, Esq. PA ID #319213
Robert O Lampl Law Office
223 Fourth Avenue, 4th Floor
Pittsburgh, PA 15222
rcooney@lampllaw.com
(412) 392-0330
*Counsel for Christopher and Elizabeth Phillips*

*/s/ John Barton Cromer*
John Barton Cromer, Esq. PA ID #66773
Burke Cromer Cremonese
517 Court Place
Pittsburgh, PA 15219
jcromer@bccattorneys.com
412-904-3360
*Counsel for Jeffrey and Christine Swarek*

*/s/ Brian L. Greenert*
Brian L. Greenert, Esq. PA ID #321210
Department of Environmental Protection
400 Waterfront Drive
Pittsburgh, PA 15222
bgreenert@pa.gov
(412) 442-4256
*Counsel for Commonwealth of Pennsylvania,*
*Department of Environmental Protection*