# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | **Bankruptcy Case No. 20-21595-GLT** |
| **Majestic Hills, LLC,** | Chapter 11 |
| **Debtor** | **Adv. Case No. 20-02091-GLT** |
| | **Related Doc. No. 431** |
| NVR, INC. and NORTH STRABANE TOWNSHIP, | Hearings: April 29, 2021 @ 10:30 AM |
| Movants, | Responses Due: April 9, 2021 |
| v. | |
| MAJESTIC HILLS, LLC and MUTUAL BENEFIT INSURANCE COMPANY, | |
| Respondents. | |

### RESPONSE OF JEANNE E. HECHT TO AMENDED MOTION OF NVR, INC. AND NORTH STRABANE TOWNSHIP FOR ENTRY OF AN ORDER (A) SCHEDULING A HEARING ON DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE ASSUMPTION OF THE SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE DEBTOR AND MUTUAL BENEFIT INSURANCE COMPANY, (II) APPROVING THE SALE OF CERTAIN INSURANCE POLICIES, AND (III) ISSUING AN INJUNCTION PURSUANT TO THE SALE OF CERTAIN INSURANCE POLICIES; (B) DECLARING THAT NON-DEBTORS ARE NOT ENTITLED TO RELEASES; AND (C) REQUIRING THE SETTLEMENT AMOUNT BE PAID DIRECTLY TO HOMEOWNERS

AND NOW, comes Creditor Jeanne E. Hecht by and through her counsel, Peacock Keller, LLP and Douglas R. Nolin, Esquire, and files the following response to the Amended Motion of NVR, Inc. and North Strabane Township (Doc. 431) and avers as follows:

1. Creditor Jeanne E. Hecht, a homeowner in the Majestic Hills Homeowners Association, lost her home in 2018 following condemnation and razing.

2. Since June of 2018, Jeanne E. Hecht has been without her home and without compensation for its loss through no fault of her own.

3. Jeanne E. Hecht hereby advises the Court that she takes no position on the majority of the NVR/North Strabane Township Motion. However, to the extent that the NVR/North Strabane Township Motion promotes a more expeditious payment of funds to the homeowners from the Mutual Benefit settlement, that position is supported by Ms. Hecht.

4. The Court is reminded that all of the homeowners have suffered significant financial losses, with no indication of recouping those losses for the last three (3) years, and anything that can be done to expedite the recovery for the homeowners is supported by Jeanne E. Hecht.

5. Jeanne E. Hecht reserves her right to review and respond to the anticipated amended plan to be filed on behalf of Debtor, Majestic Hills, LLC as well as the pending settlement motions of the Debtor, Majestic Hills, LLC. (Docs. 10 & 12)

WHEREFORE, Jeanne E. Hecht respectfully advises this Honorable Court that she takes no position on the NVR/North Strabane Township Motion, except to the extent that it accelerates payment to the homeowners, in which case she supports it, and respectfully requests this Honorable Court to take such action as is necessary to direct payment to the homeowners.

Respectfully Submitted,

**Peacock Keller, LLP**

Date: __April 9, 2021__    By: _/s/ Douglas R. Nolin_
Douglas R. Nolin, Esquire
PA I.D. No. 42213
Doug.Nolin@PeacockKeller.com
95 West Beau Street, Suite 600
Washington, PA 15301
Phone: (724) 222-4520/Fax: (724) 222-3318
Counsel for *Jeanne E. Hecht*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Majestic Hills, LLC, Debtor**

---

NVR, INC. and NORTH STRABANE TOWNSHIP,

        Movants,

v.

MAJESTIC HILLS, LLC and
MUTUAL BENEFIT INSURANCE COMPANY,

        Respondents.

**Bankruptcy Case No. 20-21595-GLT**

Chapter 11

**Adv. Case No. 20-02091-GLT**

**Related to Docket Nos. 431**

Hearings: April 29, 2021 @ 10:30 AM

Responses Due: April 9, 2021

## **CERTIFICATE OF SERVICE**

I, Douglas R. Nolin, Esquire, hereby certify that on April 9, 2021, I have electronically filed the foregoing *RESPONSE OF JEANNE E. HECHT TO AMENDED MOTION OF NVR, INC. AND NORTH STRABANE TOWNSHIP FOR ENTRY OF AN ORDER (A) SCHEDULING A HEARING ON DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE ASSUMPTION OF THE SETTLEMENT AGREEMENT AND RELEASE BETWEEN THE DEBTOR AND MUTUAL BENEFIT INSURANCE COMPANY, (II) APPROVING THE SALE OF CERTAIN INSURANCE POLICIES, AND (III) ISSUING AN INJUNCTION PURSUANT TO THE SALE OF CERTAIN INSURANCE POLICIES; (B) DECLARING THAT NON-DEBTORS ARE NOT*

***ENTITLED TO RELEASES; AND (C) REQUIRING THE SETTLEMENT AMOUNT BE PAID DIRECTLY TO HOMEOWNERS*** using the electronic filing system which will send notification of such filing to those attorneys registered to receive notice via the CM/ECF system for this matter.

**Peacock Keller, LLP**

Date:  April 9, 2021

By: */s/ Douglas R. Nolin*
Douglas R. Nolin, Esquire
PA I.D. No. 42213
Doug.Nolin@PeacockKeller.com
Peacock Keller, LLP
95 West Beau Street
Suite 600
Washington, PA  15301
Phone: (724) 222-4520
Fax: (724) 222-3318
Counsel for *Jeanne E. Hecht*