IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-21595-GLT |
| MAJESTIC HILLS, LLC, | : | Chapter 11 |
| Debtor. | : | Related Docket Nos. 332, 334, 455 and 456 |
| NVR, INC., NORTH STRABANE TOWNSHIP, and MAJESTIC HILLS, LLC | : | |
| Movants, | : | |
| vs. | : | |
| No Respondent. | : | |

### JOINT MOTION OF NVR, INC., NORTH STRABANE TOWNSHIP, AND THE DEBTOR TO RESCHEDULE HEARING ON DEBTOR'S OBJECTIONS TO CLAIMS
[Dkt. Nos. 332 and 334]

NVR, Inc. d/b/a Ryan Homes ("**NVR**"), North Strabane Township ("**Township**"), and Majestic Hills, LLC ("**Majestic**", and together with NVR and the Township, collectively, "**Movants**"), by and through their undersigned counsel, respectfully move this Court to reschedule the hearing on the Debtor's Objections to Claims filed against NVR [Dkt. No. 332] and the Township [Dkt. No. 334] (collectively, the "**Objections to Claims**"). In support of this Motion, Movants state as follows:

1. The debtor Majestic Hills, LLC ("**Debtor**") commenced this case on May 21, 2020 (the "**Petition Date**"), by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. On January 13, 2021, the Debtor filed its Objections to Claims [Dkt. Nos. 332 and 334].

3. On April 8, 2021, Movants filed their respective Responses to the Objections to

Claims [Dkt. Nos. 455 and 456] (collectively, the "**Responses**").

4. Pursuant to the Court's Order Setting Case Management Deadlines [Dkt. No. 452], a hearing is scheduled on the Objections to Claims and the Responses for May 7, 2021.

5. On May 4, 2021, the Debtor filed its Amended Chapter 11 Liquidating Plan [Dkt. No. 477] ("**Amended Plan**"), Summary of Plan [Dkt. No. 478], and Disclosure Statement to Accompany Amended Chapter 11 Liquidating Plan [Dkt. No. 479] ("**Disclosure Statement**").

6. Subsequently, the Court has scheduled a hearing on the approval of the Disclosure Statement for June 10, 2021.

7. Counsel for the parties met, conferred, and agreed to continue the hearing currently scheduled for May 7, 2021.

8. Accordingly, in the interest of judicial economy and conserving estate assets, Movants respectfully request to reschedule the hearing on the Objections to Claims and the Responses until June 24, 2021 or another date as the Court determines.

9. Counsel for the debtor consents to the continuance.

**WHEREFORE,** the Movants respectfully request this Court continue and reschedule the hearing on the Objection to Claims and Responses to June 24, 2021 or another date as the Court determines.

Dated: May 6, 2021

Respectfully Submitted,

/s/ *Kathleen A. Gallagher*
Kathleen A. Gallagher
Pa. I.D. No. 39750
Russell D. Giancola
Pa. I.D. No. 200058
**PORTER WRIGHT MORRIS & ARTHUR LLP**
6 PPG Place, Third Floor
Pittsburgh, PH 15222
(412) 235-4500
kgallagher@porterwright.com
rgiancola@porterwright.com

and

Nathaniel R. Sinn
Ohio I.D. No. 0088467
**PORTER WRIGHT MORRIS & ARTHUR LLP**
950 Main Avenue, Suite 500
Cleveland, OH 44113
(216) 443-2549
nsinn@porterwright.com

*Counsel for NVR, Inc., d/b/a Ryan Homes and North Strabane Township*

**AND**

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**

*Counsel for the Debtor, Majestic Hills, LLC*

3

## CERTIFICATE OF SERVICE

    I, Kathleen A. Gallagher, hereby certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system.

Date: May 6, 2021                          /s/ Kathleen A. Gallagher
                                                        Kathleen A. Gallagher