FILED
5/6/21 4:30 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 20-21595-GLT |
| MAJESTIC HILLS, LLC, | : | Chapter 11 |
| Debtor. | : | Related Docket Nos. 332, 334, 486 |
| NVR, INC., NORTH STRABANE TOWNSHIP, and MAJESTIC HILLS, LLC | : | |
| Movants, | : | |
| vs. | : | |
| No Respondent. | : | |

### ORDER

**AND NOW,** this 6th day of May, 2021, upon consideration of the *Joint Motion of NVR, Inc., North Strabane Township, and the Debtor to Reschedule Hearing on Debtor's Objections to Claims [Dkt. Nos. 332 and 334]*, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Motion is **GRANTED.**

The hearing on the Debtor's Objections to Claims scheduled for May 7, 2021 at 10:00 a.m. is hereby rescheduled to July 2, 2021 at 11 a.m via Zoom video conference. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures for Remote Participation (http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) no later than 4:00 p.m. on the business day prior to the hearing.

**By the Court,**

Dated: 5/6/21

_____  hct
**Honorable Gregory L. Taddonio**
**United States Bankruptcy Judge**