FILED
7/13/21 5:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 20-21595-GLT |
| | : | |
| **MAJESTIC HILLS, LLC**, | : | Chapter 11 |
| | : | Related Dkt. No. 522 |
| *Debtor*. | : | |
| | : | |

# ORDER

This matter is before the Court on the *Amended Disclosure Statement to Accompany Second Amended Chapter 11 Liquidating Plan Dated July 2, 2021*[1] filed by the Debtor, Majestic Hills, LLC, and the various objections and responses thereto.[2] It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  A hearing on the *Amended Disclosure Statement to Accompany Second Amended Chapter 11 Liquidating Plan Dated July 2, 2021* [Dkt. No. 522] is scheduled for **July 22, 2021** at **1:30 p.m.** via Zoom video conference. Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures for Remote Participation (http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) **no later than 4:00 p.m.** on the business day prior to the hearing.

Dated: July 13, 2021

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

---

[1] See Dkt. No. 522.

[2] See *Response of the Committee to Disclosure Statement to Accompany Second Amended Chapter 11 Liquidation Plan Dated July 2, 2021*, Dkt. No. 524; *Objection of NVR, Inc. and North Strabane Township*, Dkt. No. 526.