**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 20-21595-GLT |
| | ) **Chapter** 11 |
| Majestic Hills, LLC, | ) **Related Dkt. Nos.** 332, 334, 455, 456, 487 |
| | ) 522, 524, 526, 527 |
| | ) **Hearing Date:** 07/22/21 @ 1:30 p.m. |
| **Debtor.** | ) Document No. |

## AGENDA

| | |
|---|---|
| Time and Date of Hearing: | July 22, 2021, at 1:30 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Gregory L. Taddonio<br>United States Bankruptcy Court for the Western District of Pennsylvania via Zoom video conference |
| Prerequisites: | Parties or counsel of record who intend to participate in the hearing shall make arrangements as directed by Judge Taddonio's Modified Procedures for Remote Participation (http://www.pawb.uscourts.gov/judge-taddonios-video-Conference-hearing-information) no later than 4:00 p.m. on the business day prior to the hearing. |

**I.     Matters Adjourned, Continued, or Withdrawn**

   1.   No Matters Scheduled.

**II.    Uncontested Matters**

   1.   No Matters Scheduled.

**III.   Status Conference**

   1.   No Matters Scheduled.

**IV.    Contested Matters**

   1.   *Amended Disclosure Statement to Accompany Second Amended Chapter 11 Liquidating Plan Dated July 2, 2021* [Dkt. No. 522]
       i.   Responding Documents
           a.   Response of the Committee to Disclosure Statement to Accompany Second Amended Chapter 11 Liquidation Plan Dated July 2, 2021 [Dkt. No. 524]

      b.      Objection of NVR, Inc. and North Strabane Township to Debtor's Amended Disclosure Statement to Accompany Second Amended Chapter 11 Liquidating Plan [Dkt. No. 526]

  ii.    <u>Suggestion & Comments</u>
      a.      The Debtor has met and conferred with Counsel for the Committee. The Committee provided the Debtor with proposed edits and additions to resolve the Committee's concerns.
      b.      The Debtor intends to file a Clean and Redlined version of the amended/modified Plan and Disclosure Statement on July 20, 2021 to reflect the changes and additions the Debtor agreed to make.
      c.      The Debtor requests that the Court approves the Disclosure Statement and schedule a hearing on the Confirmation of the Plan.

2.    *Objection to Claim of NVR, Inc. d/b/a Ryan Homes* [Dkt. No. 332]
  i.    <u>Responding Documents</u>
      a.      Response of NVR, Inc. to Debtor's Objection to Claim [Dkt. No. 455]

3.    *Objection to Claim of North Strabane Township* [Dkt. No. 334]
  i.    <u>Responding Documents</u>
      a.      Response of North Strabane Township to Debtor's Objection to Claim [Dkt. No. 456]

**Respectfully submitted,**

**Dated:** July 20, 2021

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
<u>dcalaiaro@c-vlaw.com</u>
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**

*Counsel for the Debtor, Majestic Hills, LLC*