FILED
7/27/21 3:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | Case No. 20-21595-GLT |
| : | Chapter 11 |
| **MAJESTIC HILLS, LLC**, : | |
| : | |
| *Debtor.* : | Related to Dkt. Nos. 544, 546, and 548 |
| : | |

**ORDER (I) APPROVING DISCLOSURE
STATEMENT; (II) SETTING DEADLINES; AND
(III) SCHEDULING HEARING ON PLAN CONFIRMATION**

**AND NOW**, upon consideration of the *Second Amended Disclosure Statement to Accompany Third Amended Chapter 11 Plan* [Dkt. No. 548] (the "Disclosure Statement") relating to the *Third Amended Chapter 11 Plan Dated July 26, 2021* [Dkt. No. 544] (the "Plan"); and any objections to the *Disclosure Statement* having been resolved; and it appearing that the Court has jurisdiction over this matter; and due notice of the filing of the *Disclosure Statement*, the objection deadline, and the hearing thereon having been given; and just cause existing for the relief granted herein;

**THE COURT HEREBY FINDS:**

A.      In accordance with section 1125 of title 11 of the United States Code and Federal Bankruptcy Rule 3017(b), the *Disclosure Statement* is deemed to contain adequate information for all creditors and interest holders.

**NOW THEREFORE**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.      A hearing to consider the *Motion(s) to Approve Settlement(s)* [Dkt. Nos. 10 and 12] (the "Motions") shall be held on **September 27, 2021** at **10 a.m.** (and will continue through September 28, 2021, to the extent necessary) in Courtroom A, United States Bankruptcy Court for

the Western District of Pennsylvania, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

    2.    The Official Committee of Unsecured Creditors shall file any response to the *Motions* no later than **September 1, 2021**. To the extent any party seeks to file an amended response, it shall be filed by **September 1, 2021**.

    3.    The Debtor, Westfield Insurance Company, Mutual Benefit Insurance Company, or any other party to the proposed settlement agreements, shall file any reply no later than **September 22, 2021**.

    4.    The *Disclosure Statement* is **APPROVED** for solicitation by the Debtor as provided herein.

    5.    A hearing to consider confirmation of the *Plan* and any objections thereto shall be held on **September 27, 2021** at **10 a.m.** (and will continue through September 28, 2021, to the extent necessary) in Courtroom A, United States Bankruptcy Court for the Western District of Pennsylvania, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

    6.    Objections to confirmation of the *Plan*, if any, must be in writing, must state the name of the objecting party, its interest in the chapter 11 case, the nature of the objection, and the basis for the objection, and must be filed with the Court and served in a manner so as to be received by the Debtor, counsel to the Debtor, and the United States Trustee by no later than **September 1, 2021** at the following addresses:

| **Majestic Hills, LLC**<br>3625 Washington Pike<br>Bridgeville, PA 15017<br><br>*Debtor* | **Donald Calaiaro**<br>Calaiaro Valencik<br>938 Penn Avenue, Suite 501<br>Pittsburgh, PA 15222-3708<br><br>*Counsel to the Debtor* | **Larry E. Wahlquist**<br>Office of the U.S. Trustee<br>Liberty Center, Suite 970<br>1001 Liberty Avenue<br>Pittsburgh, PA 15222<br><br>*United States Trustee* |
|---|---|---|

7. The balloting deadline for voting on the *Plan* is **September 1, 2021**. All parties who are entitled to vote on the *Plan* must submit written ballots (either accepting or rejecting the *Plan*) to Debtor's counsel at the address listed in paragraph 6 of this *Order* so that the ballot is received no later than **September 1, 2021**.

8. The Debtor shall file a *Ballot Summary* no later than **September 7, 2021**.

9. On or before **August 2, 2021**, the Debtor shall send a *Solicitation Package* (defined herein) to each creditor or party-in-interest who is entitled to vote on the *Plan*. The *Solicitation Package* shall include: (i) a copy of this *Order*; (ii) the *Disclosure Statement*; (iii) the *Plan Summary*; (iv) the *Plan*; and (v) a ballot conforming with Official Form 14. The *Solicitation Package* shall also be served upon the United States Trustee (without a ballot). A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days of service.

10. On or before **August 2, 2021**, the Debtor shall send a *Confirmation Hearing Package* (defined herein) to all creditors and parties-in-interest pursuant to Federal Bankruptcy Rule 2002 ***to the extent such parties are not recipients of the Solicitation Package***. Recipients of the *Confirmation Hearing Package* shall include each of the following: (i) each person or entity that filed a proof of claim; (ii) each person or entity listed on the schedules (including any party to an executory contract); (iii) any party that filed a request for notice under Federal Bankruptcy Rule 2002; (iv) any known holders of claims or equity interests in the Debtor; and (v) any other party contained on the creditors' matrix maintained by the Court. The *Confirmation Hearing Package* shall include: (i) this *Order*; (ii) the *Plan Summary*; and (iii) a notice containing: (a) a statement that the person or entity is not eligible to cast a vote on the *Plan*; and (b) instructions for requesting

a copy of the *Plan* at no cost to the requesting party. A certificate of service indicating compliance with this paragraph shall be filed with the Court within three business days.

        11.       Pursuant to W.PA.LBR 3018-1(f), the ballot shall include a separate section for creditors to accept or reject any third-party release contained in the plan (if applicable).

Dated: July 27, 2021

                                        GREGORY L. TADDONIO
                                        UNITED STATES BANKRUPTCY JUDGE

<u>Case Administrator to Serve:</u>
Debtor
Debtor's Counsel
Office of the U.S. Trustee